# *In the United States Court of Federal Claims*

Cover Sheet 05 - 909C

Plaintiffs: Carl L. Sealey and Donald W. Barr

| | |
|---|---|
| Attorney of record: | Thomas J. Flaherty |
| Street Address: | 3032 SE Rood Bridge Drive |
| City-State-Zip | Hillsboro, OR 97123 |
| Telephone and Facsimile Numbers: | (503) 245-2500; (503) 644-8912 |
| E-mail address: | stahlco@teleport.com |

Is the attorney of record admitted to the Court of Federal Claims Bar: Yes

Nature of suit code: **1** **3** **4**

Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Government Agency Involved: **D** **O** **D**

See attached sheet for three digit code.

Amount Claimed: To be determined.

If to be determined, put the phrase "to be determined" in Amount Claimed Space.

Vaccination Date: (Vaccine Cases Only) ______________

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2.

May 6, 2005