IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CARL L. SEALEY and DONALD W. BARR, Plaintiffs, | ) | |
| v. | ) | No. 05-909C (Judge Firestone) |
| THE UNITED STATES, Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of John S. Groat, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

JOHN S. GROAT
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

Attention: Classification Unit
8th Floor

s/John S. Groat
JOHN S. GROAT
Trial Attorney
Commercial Litigation Branch
Civil Division
Telephone: (202) 616-8260
Facsimile: (202) 514-7965

Dated: September 9, 2005

CERTIFICATE OF FILING

I hereby certify that on September 9, 2005 a copy of foregoing “NOTICE OF APPEARANCE was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/John S. Groat