ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
DEC 1 2 2005
U.S. COURT OF FEDERAL CLAIMS

By leave of the Judge

| | | |
|---|---|---|
| CARL L. SEALEY and RONALD W. BARR, | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 05-909C (Judge Firestone) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME OUT-OF-TIME

Defendant respectfully requests the Court to grant defendant an enlargement of time out-of-time of 80 days, to and including January 6, 2006, within which to respond to plaintiffs' complaint. The Government's response was due on October 18, 2005, and the Court has not previously granted defendant any enlargements of time days for this purpose. Plaintiff's counsel in a telephone conversation authorized counsel to state that plaintiff does not oppose the Court's granting this request.

When counsel received the case, counsel placed the matter on his calender for a response and requested a litigation report from the agency regarding the matter. Counsel, however, has not received a litigation repot and confused the calender entry with another case with a filing due on the same day. Upon being advised that our response was overdue, counsel promptly contacted plaintiff's' counsel and prepared this motion.

The time requested is to obtain certain records from the plaintiffs necessary to respond to the complaint, to confirm the authenticity of those records with the agency, and to prepare our response to the complaint.

For the reasons set forth above, we respectfully request the Court to grant defendant an enlargement of time of 80 days, to and including January 6, 2006, within which to file its response to plaintiff's complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

BRYANT G. SNEE
Assistant Director

JOHN S. GROAT
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 616-8260
Facsimile: (202) 514-7965

November 29, 2005

Attorneys for Defendant

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify under penalty of perjury that on this November 30, 2005, I caused to be sent by facsimile and by first class mail copies of DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME OUT-OF-TIME addressed as follows:

Thomas J. Faherty
30321 SE Rood Road Bridge Drive
Hillsboro, OR 97123

Ena Goddard