# In the United States Court of Federal Claims

**No. 05-909C**
**(Filed: December 13, 2005)**

* * * * * * * * * * * * * * * * * * * * *

**CARL L. SEALEY, and**
**RONALD W. BARR,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * *

**ORDER ON MOTION FOR ENLARGEMENT OF TIME**

Defendant's unopposed motion, filed December 12, 2005, for an enlargement of time within which to file its response to plaintiffs' complaint is **GRANTED**. Accordingly, defendant shall file its response by **January 6, 2006**.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge

cc: ADR Judge Christine Miller