DEPARTMENT OF THE NAVY
HEADQUARTERS UNITED STATES MARINE CORPS
WASHINGTON, DC 20380

MCO 1650.17F
MPC-35
11 Dec 1986

MARINE CORPS ORDER 1650.17F

From: Commandant of the Marine Corps
To: Distribution List

Subj: Marine Corps Military Incentive Awards Program

Ref: (a) SECNAVINST 5305.2

Encl: (1) Operation of the Marine Corps Incentive Awards Program
(2) Suggestions
(3) Inventions
(4) Scientific Achievement
(5) Productivity Excellence Awards
(6) Presidential Recognition
(7) Incentive Awards Program Annual Report, DD Form 1609

Report Required: Incentive Awards Program Annual Report (Military Personnel) (Report Symbol DN-1650-01), par. 6

1. Purpose. To establish objectives, define responsibilities, and prescribe procedures for the administration, operation, and reporting of the Marine Corps Military Incentive Awards Program authorized by reference (a).

2. Cancellation. MCO 1650.17E.

3. Information. The Marine Corps Military Incentive Awards Program is designed to take advantage of the creativity of Marines to improve efficiency, economy and productivity. We encourage Marines to submit their suggestions, inventions and scientific achievements, to produce improvements in operations. Under this program they will be recognized and rewarded for their ideas that benefit the Marine Corps. Their contributions will be publicized to demonstrate command support, to remind Marines of the continuing need for efficiency and economy, and to encourage greater program participation. Consistent with the policy of the Department of the Navy, the Commandant of the Marine Corps (CMC) is responsible for the overall administration of the program.

4. Responsibilities

a. The Marine Corps Incentive Awards Program Administrator (CMC (MPC)) is responsible for:

PCN 102 021800 00

(1) Managing the Marine Corps Incentive Awards Program.

(2) Serving as Marine Corps liaison with other government agencies on awards program issues.

(3) Providing advice and guidance on the Marine Corps Incentive Awards Program.

(4) Developing awards materials.

(5) Consolidating the annual report for submission to the Secretary of the Navy.

(6) Assisting command administrators in the development of training programs on the awards program.

b. Commanders are responsible for:

(1) Assigning a command Incentive Awards Program Administrator. Commands with a civilian program administrator may use that person to administer the military and civilian programs.

(2) Granting honorary and cash awards per this Order.

(3) Reviewing awards requiring the CMC approval.

(4) Developing and implementing the awards program.

(5) Providing command support for the awards program to improve productivity and encourage submission of written suggestions.

(6) Ensuring adequate funds are available for prompt action on awards.

(7) Submitting an annual report.

c. Command administrators will be responsible for:

(1) Administering the Incentive Awards Program.

(2) Ensuring all necessary forms are available.

(3) Enlisting command support for the program to improve productivity and encourage submission of written suggestions.

(4) Preparing and submitting the annual report.

5. Action. Commanders will establish an active awards program within the policies set forth here and in enclosures (1) through (6).

6. Reporting Requirements. To monitor the Incentive Awards Program and to satisfy the reporting requirements of the Department of Defense (DoD) and the Congress, an annual report of program operation is required. Using the form at

enclosure (7), reports covering the 1 year period ending 30 September will be forwarded through the chain of command to reach the CMC (MPC) no later than 15 October.

7. Availability of Forms. The OPNAV 5305/1 and NAVSO 5305/5 forms, referred to in enclosure (2) of this Order, are available from the Navy Cognizance I Supply System:

OPNAV 5305/1-SN: 0107-LF-053-0505 U/1: Pkg of 100 $6.00 per pkg.
NAVSO 5305/5-SN: 0104-LF-905-0525 U/1: Pkg of 50 $3.60 per pkg.
Enclosure (7), (DD Form 1609) may be reproduced locally, as needed.

The NAVMC 10538 also referred to in enclosure (2) is available from the CMC (MPC).

8. Records Retention. Records, reports, and case files generated as a result of implementing this Order will be retained for a period of 3 years and destroyed.

GAIL M. REALS
By direction

DISTRIBUTION: A plus 7000

Copy to: 8145001

OPERATION OF THE MARINE CORPS INCENTIVE AWARDS PROGRAM

1. Eligibility. All active duty Marines, officer and enlisted, and Marine Corps Reserve members on active duty are eligible to participate in the program. Those Marines contributing suggestions, inventions, and scientific achievements will be eligible to receive cash awards provided that the contribution is considered to be over and above normal job expectancy. Local commanders are responsible for making this determination of eligibility prior to granting an award.

2. Authority to Pay Cash Awards

a. The CMC has the authority to approve awards that do not exceed $7,500 based on tangible or intangible benefits.

b. Local commanders are delegated the authority to approve payment of awards up to and including $5,000. Recommendations involving cash awards in excess of $5,000 will be forwarded to the CMC (MPC) for consideration. Commanders are authorized to subdelegate any part of their award authority.

3. Funding. Generally, local awards will be financed from the command's operating fund. For those cases where local adoption is dependent upon higher authority, once approved, the local command is responsible for award funding. For suggestions impacting several Marine Corps commands, awards will be paid by the CMC (MPC).

4. Definitions

a. Contribution. A contribution is any suggestion, invention, or scientific achievement which contributes to economy, efficiency, or other improvement in Government operations. Breadth of application and degree of significance do not affect the eligibility of a contribution for award consideration.

b. Adoption. An adoption is a suggestion actually put into effect by responsible authority or a written commitment to put a suggestion into effect.

c. Award. An award is either a cash amount granted for a contribution or non-cash recognition in the form of letters of commendation or appreciation, appropriate certificates or citations. SECNAV Instruction 1650.1E gives specific guidance for recommending the Navy Commendation or Achievement medals to individuals for meritorious achievements "such as to constitute a definite contribution to the naval service, such as an invention or improvement in design, procedures, or organization."

d. Tangible Benefits. Tangible benefits are those measured and expressed in terms of dollar value, generally based on labor and material savings.

e. Intangible Benefits. Intangible benefits are those which cannot be expressed in a specific monetary value.

f. First Full Year. The first full year is the first 12 consecutive months the improvement is in actual operation, exclusive of trial periods, experimentation or periods of deferred implementation. This time period is used to decide the value of benefits as a basis for calculating the amount of an award. It may or may not coincide with the first year after the contribution is adopted. When a contribution is used less than a full year, the amount of the award is based on estimated tangible and intangible benefits accumulated during actual use. If the contribution has a high installation cost and yields measurable savings for more than 1 year, the cost of installation may be distributed over a period of years. The distributed cost may not exceed the reasonable life of installation and is defined as the estimated time of use or 20 years, whichever is shorter.

g. Normal Job Expectancy: Cash awards may be granted to individuals or groups for suggestions found to be outside job responsibilities or sufficiently beyond normal job responsibilities. Commanding officers shall decide whether suggestions are beyond normal job expectancy. Organization, function, and classification manuals are helpful in defining normal standards of performance. No one shall be barred from award consideration simply because of grade or rank. The following will assist in measuring the suggestion against normal job expectancy:

(1) Is the contribution creative?

(2) Is the suggestion unusual for the grade or rank?

(3) Does the suggestion represent a new concept or an innovation with substantial benefits?

(4) Is the contribution beneficial to other commands or agencies?

(5) If the suggester has the authority to put the idea into effect, the suggestion is within the normal job expectancy.

5. Time Limitations

a. Suggestions are usually submitted for evaluation prior to their adoption. However, an idea adopted as a result of an oral or written proposal outside official suggestion program channels may still be considered for a cash award. It must be submitted in writing, within 6 months after adoption, with verifiable information to establish the suggester's claim as author of the proposal.

b. The time limit on "ownership rights" for award consideration is 2 years after the date of written notification of nonadoption. If during the 2 year period, conditions which prompted the suggestion remain substantially the same and the suggestion is adopted wholly or in part, the suggester is entitled to the adoption credit and the resulting award consideration. This right applies even though the adoption was prompted by a duplicate suggestion received after the original one. This right does not apply, however, if a parallel idea or concept is put into use as a result of independent action at a higher level or organizational jurisdiction where there had been no evaluation of the original suggestion.

c. Commands may establish procedures by which personnel can receive reconsideration of decisions not to adopt a suggestion. This is not mandatory.

6. Other

a. Suggestions Relating to Private Contractors. Suggestions concerning the improvement of materials or services purchased from a contractor are eligible for submission. Contracts between vendors and the Government vary and it is often difficult to identify the benefits to be derived from the adoption of the suggestion. Commanding officers should consult the appropriate technical bureau, office, or command prior to granting any awards for this type of suggestion.

b. Separated or Deceased Personnel. Awards may be made to separated personnel or the estates of deceased personnel for suggestions submitted while on active duty.

c. Claim Waiver. The acceptance of a cash award shall constitute an agreement that the use of the suggestion by the United States may not be the basis of a claim against the United States.

d. Documentation. Each award must be documented showing the individual has met standards prescribed for an award. Such documentation should be specific but brief, indicating results and tangible or intangible benefits received from the contribution.

e. Records of Awards. Awards to Marines shall be reflected in the individual's fitness report or in the service record book of corporals and below.

f. Publicity. In an effort to stimulate awareness of and participation in the suggestion program, award winners will be recognized with special ceremonies and information on the awards will be publicized in command publications wherever possible.

SUGGESTIONS

1. Definition: A suggestion is a constructive idea submitted in writing by an individual or group that proposes a method to do a task better, faster, cheaper, or safer. Suggestions usually relate to a suggester's own work. A suggestion need not be new or original but must show a specific problem and give a workable solution.

a. eligible Suggestions. Eligible suggestions do one or more of the following:

(1) Simplify or improve operations.

(2) Save time needed to complete a task.

(3) Speed up production.

(4) Increase output and enhance productivity.

(5) Improve procedures, operating methods or equipment, work-space layouts, and organizations.

(6) Save material and property.

(7) Save manpower and money.

b. Ineligible Suggestions. Ineligible suggestions include:

(1) Calling attention to the need for routine maintenance, repair, or the purchase of ordinary supplies and materials.

(2) Increasing personal comfort, convenience, or desires of the suggester and benefiting no other personnel.

(3) Recommending enforcement of existing directives or regulations.

2. Submission and Processing

a. A suggestion must be in writing and signed by the suggester(s). The use of form OPNAV 5305/1, Department of the Navy Suggestion, is recommended but not mandatory. Any improvement idea not submitted on a suggestion form must be identified as a suggestion and must be submitted to the program administrator. Although a suggestion must be legible, there is no requirement that it be typewritten or follow a prescribed format.

b. The suggestion program administrator will assign a number to the suggestion and forward it to the appropriate command organization for evaluation. The suggestion package should contain complete instructions for the evaluator and a NAVSO 5305/5, Contribution Investigation Report. The program

administrator will also maintain a record of all suggestions and advise individuals of action taken on their submissions.

c. The evaluator will check the suggestion for accuracy and correctness and determine whether use of the suggestion is feasible and beneficial. If a suggestion is recommended for approval, it must be sent to the person having the authority to implement it. A suggestion should normally be processed within 30 days if the final decision can be made locally.

d. Suggestions may have to be sent to another command for comment and evaluation or implementation by higher level authority. When forwarding the suggestion, the case file should include:

(1) The suggestion, including drawings, pictures, etc.

(2) The local evaluation and a detailed breakdown of local savings, a description of intangible benefits, if any, and a description of the award.

(3) Any comments, recommendations, or other information which will aid in evaluation, implementation or dissemination. Do not send suggestions outside the local activity if adoption is not recommended. Local commanders have authority to return suggestions not recommended for implementation.

e. In most instances, commands shall observe established military channels in forwarding suggestions.

f. When a decision not to adopt a suggestion is made, the suggester shall be notified in a manner encouraging continued participation in the suggestion program. A full explanation of the decision with a copy of the evaluation report shall be supplied to the suggester. A decision not to adopt a suggestion shall not be based on existing regulations which prohibit implementation of the suggestion. General adoption is possible through changes to regulations and directives.

3. Adoptions

a. A beneficial suggestion will be considered as adopted and eligible for award consideration when it is actually put into effect (actual operation or a written commitment to place it into operation).

b. The awarding authority shall use the scales for tangible and intangible benefits outlined in appendices A and B. Awards for contributions having tangible benefits are based on the estimated savings during the first full year that the contribution is in use. Only savings involving labor, materials and cost of services are included. Awards based on intangible benefits will be determined from the scale in appendix B. Awards for contributions with both tangible and intangible benefits may be determined by combining the values.

c. When experimental work, trial tests, or other delays are necessary to determine the value of a contribution, a nominal, initial cash award may be paid when it is reasonably certain that the suggestion will be implemented. The initial cash award will be considered part of the total award. No adjustment downward in an initial cash award is authorized when the final determination of the value of the contribution is made.

d. If a suggestion is adopted but tangible savings will not exceed $250 or intangible benefits would not realistically equate to that amount, a monetary award is not authorized. Nevertheless, the suggester should be recognized for the contribution in writing. A certificate is available for formal recognition of such instances (NAVMC 10538) and may be obtained from the CMC (MPC).

e. Awards should be approved at the lowest possible level. A Beneficial Suggestion Program certificate NAVMC 10538, should accompany cash awards to suggesters.

ENCLOSURE (2)

INVENTIONS

1. An invention is the development of a new and useful process, machine, manufacture or composition of matter, or any new and useful improvement thereof which is or may be patentable under the patent laws of the United States. An invention disclosure should be made promptly to a patent office to protect the interests of both the inventor and the Government and to assure eligibility for an award. Invention disclosures will be evaluated on their contribution to efficiency, economy, or other improvement in operations or on its value to the public interest. Action will be taken either to approve it for further patent processing, approve it for publication consideration or to terminate processing.

2. When an invention disclosure results in filing a patentapplication, the U.S. patent and Trademark Office will notifythe inventor and the appropriate incentive awards authority.Upon receipt of this notification the inventor may present it to the cognizant award authority who will initiate action to grant an initial award of $100 to the inventor. Where two or more employees and/or military members are co-inventors, each is to be granted an award of $100.

3. Upon notification that the U.S. Patent and Trademark Office has issued a patent (or a notice of allowability in those instances where issuance of a patent will be deferred because of security restrictions) the inventor becomes eligible for an additional award of $300. When two or more employees or military members are co-inventors, the award to each eligible co-inventor will be $150.

4. When an invention disclosure is selected for publication in lieu of further patent processing, the inventor will send a copy of the publication draft and notification of its selection for publication to the award authority. The award authority will then initiate action to grant an award of $100 to the inventor. Where two or more employees or military members are co-inventors, an award of $200 will divided equally among the eligible co-inventors.

5. In addition to the above patent and publication awards, all inventions filed in the U.S. Patent and Trademark Office or selected for publication will be given additional award consideration based on actual use or value. Therefore, awards authorized under this paragraph fall into two categories:

a. Those specific amounts granted for inventions, patents,and publications; and

b. Those based on actual use or value using enclosure (1) or (2) of this Order for computing amount.

The overall cash award paid for any one contribution will be the total amount authorized in paragraph 5a or 5b, above, whichever is greater. When prior awards (regardless under which category granted) total less than a subsequent award, the amount of the first award is deducted. If the first award is greater than a subsequent award no further award will be paid.

SCIENTIFIC ACHIEVEMENT

1. A scientific achievement is a contribution that conforms to the following guidelines:

a. Military or national significance - an act, deed, or accomplishment which establishes a scientific or technological basis for subsequent technical improvements of military or national significance;

b. Research and development achievements - a scientific or technological accomplishment of such quality and effectiveness as to have materially advanced the research and development achievements of a command, group, or project;

c. Military or national welfare - a significant scientific or technological achievement which contributes materially to the welfare of the armed services or the Nation;

d. Published contributions - an article accepted for publication in a scientific or technical journal, newspaper, periodical and other media or a technical paper presented to professional societies which constitutes a substantial contribution to scientific or technical knowledge; or

e. Tactical developments - tactically oriented advances or improvements in weapons system use when a military decoration is not appropriate or if benefits accrue in such a manner as to warrant monetary award.

2. The recommendation for an award is the responsibility of an individual's supervisor. It may, however, be submitted by anyone (except the individual involved) having knowledge of the achievement. In either case the recommendation is forwarded to the approval authority via the contributor's chain of command. The recommendation may be submitted in narrative form with supporting documentation to briefly describe the achievement, define the results in terms of tangible or intangible benefits and clearly establish that the achievement is attributable to the individual's own action. Technical review may be obtained by those in the reviewing chain in order to confirm benefits claimed and assist the approving authority in reaching a decision. In the case of articles submitted for publication, notice of intent to publish is sufficient to grant an award.

PRODUCTIVITY EXCELLENCE AWARDS

1. Purpose. The Secretary of Defense (SECDEF) Productivity Excellence Award and SECDEF Letter of Commendation were formed to underscore the importance of productivity improvement within the Department of Defense by recognizing individuals and small working groups, both military and civilian, whose ideas or suggestions have contributed to improved productivity or increased cost savings. The awards are not intended for organizational recognition.

2. Criteria. Two different levels of recognition are:

a. SECDEF Letter of Commendation. Letters signed by the SECDEF to recognize individuals or groups whose suggestions or other productivity initiatives have resulted in first year savings of $100,000 or more. Nominations for this award may be submitted at any time.

b. SECDEF Productivity Excellence Award. Citations presented by the SECDEF at a Pentagon ceremony to individuals or groups whose suggestions or other productivity initiatives have resulted in first-year savings of at least $1 million. Nominations for this award, granted annually, must be submitted not later than 1 September each year.

3. Procedure. In each instance where an achievement has produced tangible benefits in excess of $100,000 and the command wishes to nominate an individual or group for SECDEF recognition, following information is required:

a. Name and grade of honoree.

b. Hometown of honoree.

c. Address of present assignment and phone number.

d. Amount of any cash award presented.

e. Date of presentation of any cash award.

f. Brief description of achievement (include amount of savings).

g. Publicity photographs, if available.

PRESIDENTIAL RECOGNITION

1. Purpose. The President reestablished two award programs, the Presidential Letter of Commendation and the Presidential Management Improvement Award. They are programs designed to honor military and civilian personnel who have made extraordinary contributions toward cost saving and management improvement. The awards emphasize the importance of reducing the cost of Government and improving the efficiency and effectiveness of Government operations.

2. Criteria. The eligibility threshold for both awards is tangible savings of at least $250,000. Such savings might be derived from any or all of the following:

a. Reduction in operating costs.

b. Better use of staff or material resources.

c. Elimination of fraud, waste, or abuse.

d. Reduced budget requests (from previous levels).

e. Widespread or Government-wide application.

f. Degree of simplification, improved performance, or creativity involved.

g. Increased output.

The accomplishment could be a suggestion, invention, special achievement or other productivity initiative. In order to be eligible for Presidential recognition, a cash award or honorary award must have been authorized for the accomplishment. Nominees may include: individuals, small working groups, teams or task forces. The awards are not intended for organizational recognition.

3. Form of Award. Presidential Letters of Commendation will be presented by the Secretary of the Navy or the Secretary's designee at appropriate ceremonies. Presidential Management Improvement Awards consist of a plaque which will be presented at a White House ceremony.

4. Nominating Procedure. Presidential Letters of Commendation will be authorized on a continuing basis and nominations may be submitted at any time. All nominees for Presidential Management Improvement Awards, which are presented annually, must first have received a Presidential Letter of Commendation. When the annual call for Presidential Management Improvement Award nominees is issued, activities may nominate only those personnel who have received a Presidential Letter of Commendation. An original and six copies of award nominations

are to be forwarded through the chain of command to the CMC (MPC). The following information is required:

a. Name and grade.

b. Organizational address and phone number.

c. Type of recognition granted for the accomplishment.

d. Brief description of contribution. Adequate documentation on tangible savings must be included in order to expedite the validation process.

MCO 1650.17F
11 Dec 1986

| INCENTIVE AWARDS PROGRAM ANNUAL REPORT (MILITARY PERSONNEL) | FISCAL YEAR ENDING | REPORT CONTROL SYMBOL DN-1650-01 |
|---|---|---|

This report is required by the Department of Defense for reporting to the President and Congress in accordance with 10 USC 1124. *(Ref.: DoD Instruction 5120.16)*

| TO | REPORTING DEPARTMENT OR AGENCY |
|---|---|
| | |

## INSTRUCTIONS

1. Report awards for combined measurable and intangible benefits under "Tangible Benefits."
2. Count only one award per case. Do not include a count for supplemental awards.
3. Include the dollar amount of supplemental awards under the "Amount of Awards" Column.
4. Include as Non-Cash Awards, any Certificates of Appreciation, special citations, etc. approved as meaningful awards under the Incentive Awards Program.
5. For the number of suggestions received, count only the initial receipt of cases from personnel of your department. Do not count requests for reconsideration of cases already processed.

## PART A - AWARDS FOR SUGGESTIONS

| AWARDS | FOR TANGIBLE *(MEASURABLE)* BENEFITS | | | FOR INTANGIBLE BENEFITS | |
|---|---|---|---|---|---|
| | NUMBER OF AWARDS | TANGIBLE BENEFITS | AMOUNT OF AWARDS | NUMBER OF AWARDS | AMOUNT OF AWARDS |
| NON-CASH AWARDS | | $ | | | |
| CASH AWARDS | | $ | $ | | $ |
| TOTAL | | $ | | | |

| SUGGESTIONS | NUMBER OF SUGGESTIONS | | | | |
|---|---|---|---|---|---|
| | ON HAND AT BEGINNING OF YEAR | RECEIVED | ADOPTED | DISAPPROVED | PENDING END OF YEAR |
| | | | | | |

## PART B - AWARDS FOR INVENTIONS

| AWARD TYPES | NUMBER OF AWARDS | AMOUNT OF AWARDS | TANGIBLE BENEFITS |
|---|---|---|---|
| INITIAL AWARD BASED ON INVENTION DISCLOSURES | | $ | |
| AWARDS BASED ON PATENTS ISSUED | | $ | |
| ADDITIONAL AWARD | | $ | $ |
| TOTAL | | $ | |

## PART C - AWARDS FOR SCIENTIFIC ACHIEVEMENTS

| AWARDS BASED ON SCIENTIFIC ACHIEVEMENTS | FOR TANGIBLE *(MEASURABLE)* BENEFITS | | | FOR INTANGIBLE BENEFITS | |
|---|---|---|---|---|---|
| | NUMBER OF AWARDS | TANGIBLE BENEFITS | AMOUNT OF AWARDS | NUMBER OF AWARDS | AMOUNT OF AWARDS |
| NON-CASH AWARDS | | $ | | | |
| CASH AWARDS | | $ | $ | | $ |
| TOTAL | | $ | | | |

## PART D - DISTRIBUTION OF CASH AWARDS

| | SUGGESTIONS | | INVENTIONS | | SCIENTIFIC ACHIEVEMENTS | | AVERAGE NUMBER OF PERSONNEL ON BOARD IN FISCAL YEAR |
|---|---|---|---|---|---|---|---|
| | NUMBER OF AWARDS | AMOUNT PAID | NUMBER OF AWARDS | AMOUNT PAID | NUMBER OF AWARDS | AMOUNT PAID | |
| ENLISTED PERSONNEL | | $ | | $ | | $ | |
| OFFICER PERSONNEL | | $ | | $ | | $ | |
| TOTAL | | $ | | $ | | $ | |

MCO 1650.17F
11 Dec 1986

PART E - INTERDEPARTMENTAL REFERRAL OF SUGGESTIONS

| | NUMBER CASES REFERRED TO ANOTHER DEPARTMENT OR AGENCY | NUMBER CASES WITH ADOPTIONS BY ANOTHER DEPARTMENT OR AGENCY | TOTAL AMOUNT: TANGIBLE BENEFITS FROM ADOPTION BY OTHER DEPARTMENTS/AGENCIES | TOTAL AMOUNT: AWARDS PAID BY OTHER DEPARTMENTS/AGENCIES | NUMBER CASES DISAPPROVED | NUMBER CASES PENDING AT END OF YEAR |
|---|---|---|---|---|---|---|
| OUTSIDE DEPARTMENT OF DEFENSE | | | $ | $ | | |
| WITHIN DEPARTMENT OF DEFENSE | | | $ | $ | | |
| TOTAL | | | $ | $ | | |

PART F - DESCRIPTION OF SIGNIFICANT CONTRIBUTIONS

Attach a one-paragraph description of each suggestion for which an award of $1,000 or more was paid. *(Include name, rank, installation and/or command, and location.)* Also provide brief description of noteworthy inventions and scientific achievements for which awards were granted.

PART G - NARRATIVE EVALUATION

Prepare a narrative evaluation of the incentive awards program for military personnel in your component. Include the following topics plus any additional significant information. *(If more space is required, continue on an additional sheet and attach):*

1. Significant problems encountered and action taken to overcome them.
2. Particularly effective techniques used.
3. Significant results achieved *(other than those reflected in statistics).*
4. Plans for increasing program effectiveness during next fiscal year.
5. Proposals for DoD consideration regarding changes in policies, instructions, etc.

| DATE | TYPED NAME AND TITLE OF REPORTING OFFICIAL | SIGNATURE |
|---|---|---|
| | | |

ENCLOSURE (7)



U.S. GOVERNMENT PRINTING OFFICE: 1984 — 505-012/15489

AWARDS SCALE FOR TANGIBLE BENEFITS

| Estimated First-Year Benefits (Labor, materials, and cost of services) | Amount of Award |
|---|---|
| Up to $10,000 | 10 percent of benefits |
| $10,000 - $100,000 | $1,000 for the first $10,000, plus 3 percent of benefits over $10,000 |
| $100,001 or more | $3,700 for the first $100,000 plus .5 percent of benefits over $100,000 |

MCO 1650.17F
11 Dec 1986

AWARDS SCALE FOR INTANGIBLE BENEFITS

| *Value of Benefit* | *Extent of Application* | | | |
|---|---|---|---|---|
| | *Limited* | *Extended* | *Broad* | *General* |
| | Affects functions, mission, or personnel of one office, facility, installation, or an organizational element of a headquarters. Affects a small area of science or technology. | Affects functions, mission, or personnel of several offices, facilities, or installations. Affects an important area of science or technology. | Affects functions, mission, or personnel or an entire regional area of command. May be applicable to all of an independent agency or a large bureau. Affects a broad area of science or technology. | Affects functions, mission, or personnel of several regional areas or commands, or an entire department or large independent agency, or is in the public interest throughout the Nation or beyond. |
| MODERATE VALUE—Change or modification of an operating principle or procedure which has moderate value sufficient to meet the minimum standard for a cash award; an improvement of rather limited value of a product, activity, program, or service to the public. | $25-100 (compare w/$250-1,000 tangible benefits) | $100-250 | $250-500 | $500-1,000 |
| SUBSTANTIAL VALUE—Substantial change or modification of an operating principle or procedure; an important improvement to the value of a product, activity, program, or service to the public. | $100-250 (compare w/$1,000-2,500 tangible benefits) | $250-500 (compare w/$2,500-5,000 tangible benefits) | $500-1,000 | $1,000-2,500 |
| HIGH VALUE—Complete revision of a basic principle or procedure; a highly significant improvement to the value of a product, major activity, or program, or service to the public. | $250-500 | $500-1,000 (compare w/$5,000-10,000 tangible benefits) | $1,000-2,500 (compare w/$10,000-40,000 tangible benefits) | $2,500-5,000 |
| EXCEPTIONAL VALUE—Initiation of a new principle or major procedure; a superior improvement to the quality of a critical product, activity, program, or service to the public. | $500-1,000 | $1,000-2,500 | $2,500-5,000 (compare w/$40,000-340,000 tangible benefits) | $5,000-10,000 (compare w/$340,000-1,340,000 tangible benefits) |

Appendix B to
ENCLOSURE (2)

Effective: [See Notes]

United States Code Annotated Currentness
Title 10. Armed Forces (Refs & Annos)
Subtitle A. General Military Law (Refs & Annos)
Part II. Personnel (Refs & Annos)
Chapter 57. Decorations and Awards (Refs & Annos)

**→§ 1124. Cash awards for disclosures, suggestions, inventions, and scientific achievements**

(a) The Secretary of Defense, or the Secretary of Homeland Security with respect to the Coast Guard when it is not operating as a service in the Navy, may authorize the payment of a cash award to, and incur necessary expense for the honorary recognition of, a member of the armed forces under his jurisdiction who by his disclosure, suggestion, invention, or scientific achievement contributes to the efficiency, economy, or other improvement of operations or programs relating to the armed forces.

(b) Whenever the President considers it desirable, the Secretary of Defense, and the Secretary of Homeland Security with respect to the Coast Guard when it is not operating as a service in the Navy, are authorized to pay a cash award to, and incur necessary expense for the honorary recognition of, a member of the armed forces who by his disclosure, suggestion, invention, or scientific achievement contributes to the efficiency, economy, or other improvement of operations of the Government of the United States. Such award is in addition to any other award made to that member under subsection (a).

(c) An award under this section may be paid notwithstanding the member's death, separation, or retirement from the armed force concerned. However, the disclosure, suggestion, invention, or scientific achievement forming the basis for the award must have been made while the member was on active duty or in an active reserve status and not otherwise eligible for an award under chapter 45 of title 5.

(d) A cash award under this section is in addition to the pay and allowances of the recipient. The acceptance of such an award shall constitute--

(1) an agreement by the member that the use by the United States of any idea, method, or device for which the award is made may not be the basis of a claim against the United States by the member, his heirs, or assigns, or by any person whose claim is alleged to be derived through the member; and

(2) a warranty by the member that he has not at the time of acceptance transferred, assigned, or otherwise divested himself of legal or equitable title in any property right residing in the idea, method, or device for which the award is made.

(e) Awards to, and expenses for the honorary recognition of, members of the armed forces under this section may be paid from (1) the funds or appropriations available to the activity primarily benefiting; or (2) the several funds or appropriations of the various activities benefiting, as may be determined by the President for awards under subsection (b), and by the Secretary concerned for awards under subsection (a).

(f) The total amount of the award, or awards, made under this section for a disclosure, suggestion, invention, or scientific achievement may not exceed $25,000, regardless of the number of persons who may be entitled to share

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

therein.

(g) Awards under this section shall be made under regulations to be prescribed by the Secretary of Defense, or by the Secretary of Homeland Security with respect to the Coast Guard when it is not operating as a service in the Navy.

(h) For the purposes of this section, a member of the Commissioned Corps of the National Oceanic and Atmospheric Administration or of the Public Health Service who is serving with an armed force shall be treated as if he were a member of that armed force.

CREDIT(S)

(Added Pub.L. 89-198, § 1(1), Sept. 22, 1965, 79 Stat. 830, and amended Pub.L. 89-718, § 10, Nov. 2, 1966, 80 Stat. 1117; Pub.L. 90-623, § 2(1), Oct. 22, 1968, 82 Stat. 1314; Pub.L. 96-470, Title I, § 112(c), Oct. 19, 1980, 94 Stat. 2240; Pub.L. 96-513, Title V, § 511(40), Dec. 12, 1980, 94 Stat. 2923; Pub.L. 96-527, Title VII, § 772, Dec. 15, 1980, 94 Stat. 3093; Pub.L. 99-145, Title XII, § 1225(a)(1), (2)(A), Nov. 8, 1985, 99 Stat. 730; Pub.L. 107-296, Title XVII, § 1704(b)(1), Nov. 25, 2002, 116 Stat. 2314.)

HISTORICAL AND STATUTORY NOTES

Revision Notes and Legislative Reports

1965 Acts. Senate Report No. 678, see 1965 U.S. Code Cong. and Adm. News, p. 3161.

1966 Acts. Senate Report No. 1748, see 1966 U.S. Code Cong. and Adm. News, p. 3701.

1968 Acts. Senate Report No. 1624, see 1968 U.S. Code Cong. and Adm. News, p. 4446.

1980 Acts. House Report No. 96-1268, see 1980 U.S. Code Cong. and Adm. News, p. 4675.

House Report No. 96-1462, see 1980 U.S. Code Cong. and Adm. News, p. 6333.

1985 Acts. House Report No. 99-81 and House Conference Report No. 99-235, see 1985 U.S. Code Cong. and Adm. News, p. 472.

2002 Acts. House Report No. 107-609(Part I) and Statement by President, see 2002 U.S. Code Cong. and Adm. News, p. 1352.

Codifications

A prior § 1124 was renumbered 1126.

Amendments

2002 Amendments. Subsecs. (a), (b), (g). Pub.L. 107-296, § 1704(b)(1), struck out "of Transportation" each place it appeared and inserted "of Homeland Security".

1985 Amendments. Heading. Pub.L. 99-145, § 1225(a)(2)(A), inserted "disclosures," and substituted "and" for "or".

Subsecs. (a) to (c), (f). Pub.L. 99-145, § 1225(a)(1), inserted "disclosure," preceding "suggestion".

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

1980 Amendments. Subsec. (c). Pub.L. 96-527 authorized payment of awards to retired members of the armed forces, required the basis for awards to have been made when in an active reserve status, and required the member to be ineligible for incentive award under chapter 45 of Title 5.

Subsec. (g). Pub.L. 96-470 struck out provision requiring the Secretary of Defense and the Secretary of Transportation to annually report to the President, for transmittal to Congress, on progress of the awards program.

Subsec. (h). Pub.L. 96-513 substituted "National Oceanic and Atmospheric Administration" for "Environmental Science Services Administration".

1968 Amendments. Subsecs. (a), (b), (g). Pub.L. 90-623 substituted "Secretary of Transportation" for "Secretary of the Treasury".

1966 Amendments. Subsec. (g). Pub.L. 89-719 substituted "progress report" for "program report".

Effective and Applicability Provisions

2002 Acts. Amendments by Pub.L. 107-296, § 1704, effective on the date of transfer of the Coast Guard to the Department of Homeland Security, see Pub.L. 107-296, § 1704(g), set out as an Effective and Applicability Provisions note under 10 U.S.C.A. § 101.

1985 Acts. Section 1225(a)(3) of Pub.L. 99-145 provided that: "The amendments made by this subsection [amending the heading and subsecs. (a) to (c), and (f) of this section] shall take effect on October 1, 1985."

1980 Acts. Amendment by Pub.L. 96-513 effective Dec. 12, 1980, see § 701(b)(3) of Pub.L. 96-513, set out as a note under § 101 of this title.

1968 Acts. Amendment by Pub.L. 90-623 intended to restate without substantive change the law in effect on Oct. 22, 1968, see § 6 of Pub.L. 90- 623, set out as a note under § 5334 of Title 5, Government Organization and Employees.

Transfer of Functions

All functions of Public Health Service, of the Surgeon General of the Public Health Service, and of all other officers and employees of the Public Health Service, and all functions of all agencies of or in the Public Health Service transferred to Secretary of Health, Education, and Welfare [now Secretary of Health and Human Services] by 1966 Reorg. Plan No. 3, 31 F.R. 8855, 80 Stat. 1610, effective June 25, 1966, set out in the Appendix to Title 5, Government Organization and Employees.

EXECUTIVE ORDERS

EXECUTIVE ORDER NO. 11438

<Dec. 3, 1968, 33 F.R. 18085, as amended by Ex. Ord. No. 12107, Dec. 28, 1978, 44 F.R. 1055; Ex. Ord. No. 13286, Sec. 63, Feb. 28, 2003, 68 F.R. 10629>

PROCEDURES GOVERNING INTERDEPARTMENTAL CASH AWARDS

By virtue of the authority vested in me by § 1124(b) and (e) of title 10, United States Code [subsecs. (b) and (e) of this section], and § 301 of title 3, United States Code [§ 301 of Title 3, The President], and as President of the

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

United States, it is ordered as follows:

**Section 1.** Any suggestion, invention, or scientific achievement by a member of the armed forces that contributes to the efficiency, economy, or other improvement of operations of the Government of the United States through its adoption or use by an executive department or agency other than the executive department having jurisdiction over the armed force of the member concerned may be the basis for honorary recognition or a cash award by the Secretary of Homeland Security in the case of a member of the Coast Guard when it is not operating as a service in the Navy or by the Secretary of Defense in the case of any other member of the armed forces.

**Sec. 2.** An executive department or agency that adopts or uses the suggestion, invention, or scientific achievement of a member of the armed forces who is not under its jurisdiction may recommend to the Department of Defense or to the Department of Homeland Security, as appropriate, a cash award or honorary recognition of the member and shall justify its recommendation with appropriate documentation and explanation of how the suggestion, invention, or scientific achievement contributes to the efficiency, economy, or other improvement of the operations of the Government of the United States. Awards shall be made under regulations to be prescribed by the Secretary of Defense or the Secretary of Homeland Security, as appropriate. The regulations of the Department of Defense and Department of Homeland Security may include designations of officials to whom authority for receiving, evaluating, and making awards may be assigned.

**Sec. 3.** No cash awards hereunder for a single suggestion, invention, or scientific achievement may exceed $25,000 regardless of the number of agencies or departments which may adopt or use the suggestion, invention, or scientific achievement.

**Sec. 4.** Funds to cover the costs of cash awards to members of the armed forces shall be transferred from the account of any executive department or agency which recommends the award to the appropriate account of the Department of Homeland Security or the Department of Defense, as the case may be. When several executive departments or agencies benefit from the adoption or use of the suggestion, invention, or scientific achievement, the amount transferred from each such benefiting department or agency to the Department of Homeland Security or the Department of Defense to cover the proportionate share of the cost of the cash award shall be determined under procedures prescribed by the Office of Personnel Management in accordance with the same guidelines and standards applying to awards to civilian employees.

LYNDON B. JOHNSON

CROSS REFERENCES

Payment of cash awards by agency heads to employees, see 5 USCA § 4503.

Presidential cash awards to employees, see 5 USCA § 4504.

LIBRARY REFERENCES

American Digest System

Armed Services ⟹13.1(7), 23.1(2).

NOTES OF DECISIONS

**Additional compensation after award 2**
**Implied contracts 1**

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

1. Implied contracts

The Tucker Act, § 1346(a) of Title 28, recognizes contracts implied in fact, as fully as if they were express and where plaintiff's suggestion submitted pursuant to this section and published procedures and guidelines relating to evaluation, implementation and compensation, was adopted by the Secretary to the great benefit of the service, and an award was made to plaintiff, an implied contract came into effect binding the Secretary to establish plaintiff's compensation without abuse of discretion and within the guidelines. Griffin v. U.S., Ct.Cl.1978, 215 Ct.Cl. 710. Federal Courts ⚷ 1077

2. Additional compensation after award

That plaintiff accepted a cash award under this section for a suggestion he submitted to the service, does not mean that he is barred by subsec. (d)(1) of this section from seeking additional compensation within the statutory ceiling as the prohibition to more compensation after award acceptance does not apply to incentive awards. Griffin v. U.S., Ct.Cl.1978, 215 Ct.Cl. 710.

10 U.S.C.A. § 1124, 10 USCA § 1124

Current through P.L. 109-127 approved 12-07-05

Copr. © 2005 Thomson/West. No. Claim to Orig. U.S. Govt. Works

END OF DOCUMENT

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

SC451. SUBCHAPTER 451

AWARDS

References:
(a) DoD Directive 1400.25, "DoD Civilian Personnel Management System," November 25, 1996
(b) Title 5, Code of Federal Regulations, Parts 430, 451, 531 and 534
(c) Chapters 12, 21, 33, 43, 45, 53 and 71 of title 5, United States Code
(d) Section 1124 of the title 10, United States Codes
(e) Executive Order 10717, "The President's Award for Distinguished Federal Civilian Service," June 27, 1958, as amended
(f) Executive Order 9586, "Medal of Freedom," July 6, 1945, as amended
(g) Executive Order 11494, "Establishing the Presidential Citizens Medal," November 13, 1969
(h) Executive Order 10431, "National Security Medal," January 19, 1953
(i) DoD Instruction 1416.4, "Quality Step Increases for Employees Subject to the Classification Act of 1949," March 4, 1963 (hereby canceled)
(j) DoD Instruction 5010.39, "Work Force Motivation," November 16, 1984 (hereby canceled)
(k) DoD Instruction 5120.16, "Department of Defense Incentive Awards Program: Policies and Standards," July 15, 1974, as amended (hereby canceled)
(l) Assistant Secretary of Defense (Force Management & Personnel) Memorandum, "Department of Defense Implementation Plan for Time Off as an Incentive Award," June 12, 1992, as amended (hereby canceled)
(m) DoD Directive 1432.2, "Honorary Awards to Private Citizens and Organizations," February 28, 1986 (hereby canceled)
(n) DoD Directive 5120.15, "Authority for Approval of Cash and Honorary Awards for DoD Personnel," August 12, 1985 (hereby canceled)
(o) DoD 7000.14-R, "Department of Defense Financial Management Regulation," Volume 8, "Civilian Pay Policy and Procedures," June 1994, authorized by DoD Instruction 7000.14, "DoD Financial Management Policy and Procedures," November 15, 1992