# In the United States Court of Federal Claims

**No. 05-909C**
**(Filed: January 13, 2006)**

**CARL L. SEALEY, and**
**RONALD W. BARR,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

## O R D E R

On August 19, 2005, this case was designated as an electronic case in the court's case management/electronic case filing (CM/ECF) system. Pursuant to General Order No. 42, the attorneys of record must have a CM/ECF account and the court issues an account login and password only to members of the court's bar who have passed a certification test.

Records before the court indicate that plaintiff has not complied with this requirement. Plaintiff shall comply by **Monday, February 13, 2006**, or the court will issue a show cause order why the case should not be dismissed for lack of prosecution.

The Clerk of the Court is directed to mail a copy of this order to plaintiff.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge

cc: ADR Judge Christine Miller