# In the United States Court of Federal Claims

**05-909C**

**Filed: February 9, 2006**

**CARL L. SEALEY AND DONALD W. BARR**

**v.**

**THE UNITED STATES**

PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION TO DISMISS

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 219-9657 between the hours of 8:45 am and 5:15 pm Eastern time.