Thomas J. Flaherty
Attorney at Law, OSB 74096
3032 SE Rood Bridge Drive
Hillsboro, Oregon 97123
(503) 245-2500; Fax: (503) 644-8912
stahlco@teleport.com
Attorney for Plaintiff

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| CARL L. SEALEY and DONALD W. BARR,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 05-909C<br>Judge Nancy B. Firestone<br><br>MOTION TO FILE EXHIBITS HARD COPY ONLY |

Comes now the plaintiffs herein and move the court for an order allowing them to file the exhibits attached to their memorandum in reply to defendant's motion to dismiss in hard copy only because of their length and number.

s/ Thomas J. Flaherty
Thomas J. Flaherty, OSB 74096
Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of February, 2006, I electronically filed the foregoing Motion to File Exhibits Hard Copy Only with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

John S. Groat
Attorney at Law
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, NW
Washington D.C. 20530

and I hereby certify that I have mailed by United States Postal Service the document to the following:

John S. Groat
Attorney at Law
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, NW
Washington D.C. 20530

s/ Thomas J. Flaherty
Thomas J. Flaherty, OSB 74096
Attorney for Plaintiffs
3032 SE Rood Bridge Drive
Hillsboro, OR 97123
Phone: (503) 245-2500
FAX: (503) 644-8912
stahlco@teleport.com