# In the United States Court of Federal Claims

**No. 05-909C**
**(Filed: February 14, 2006)**

* * * * * * * * * * * * * * * * * * * *

|  |  |
|---|---|
| **CARL L. SEALEY, and** | * |
| **RONALD W. BARR,** | * |
| **Plaintiffs,** | * |
| **v.** | * |
| **THE UNITED STATES,** | * |
| **Defendant.** | * |

* * * * * * * * * * * * * * * * * * * *

**O R D E R**

Plaintiffs' motion, filed by my leave on February 9, 2006, for leave to file hard copies of the exhibits to its response to defendant's motion to dismiss is **GRANTED**.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge

cc: ADR Judge Christine Miller