# In the United States Court of Federal Claims

**No. 05-909C**
**(Filed: April 28, 2006)**

* * * * * * * * * * * * * * * * * * * *
*
**CARL L. SEALEY, and** *
**RONALD W. BARR,** *
*
**Plaintiffs,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * *

**O R D E R**

Oral Argument on defendant's motion to dismiss shall be heard on **Monday, May 22, 2006, at 1:00 p.m. eastern time**. Counsel for each party shall appear via telephone and unless otherwise notified will be contacted at the following numbers: counsel for plaintiff at (503) 245-2500; counsel for defendant at (202) 514-4325. The court will initiate the call.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge

cc: ADR Judge Christine Miller