# In the United States Court of Federal Claims

**No. 05-909C**
**(Filed: May 1, 2006)**

* * * * * * * * * * * * * * * * * * * * *

**CARL L. SEALEY, and**
**RONALD W. BARR,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * *

**O R D E R**

In preparation for the Oral Argument to be held on **May 22, 2006,** the parties shall be prepared to address the following:

(1) Evidence of actual payments that have been made to Mr. Sealey and Mr. Barr for their suggestion under the Marine Corps Incentive Awards Program. The parties shall submit evidence of these payments to the court by **May 15, 2006.**

(2) Whether Griffin v. United States, 215 Ct. Cl. 710, 715-715 (1978) (holding that 10 U.S.C. § 1124 and implementing Air Force regulations created an implied in fact contract for compensation for a meritorious suggestion), is still viable precedent. Specifically, are plaintiffs entitled to seek up to the statutory limit of $25,000?

(3) Whether the government can be estopped from limiting compensation to the statutory limit of $25,000, or whether estoppel is precluded under Office of Personnel Management v. Richmond, 496 U.S. 414 (1990) (holding that the estoppel doctrine could not be used to provide a money remedy that Congress had not authorized).

**IT IS SO ORDERED.**

s/Nancy B. Firestone_____
NANCY B. FIRESTONE
Judge