IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CARL L. SEALEY and<br>RONALD W. BARR,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 05-909C<br>(Judge Firestone) |

DEFENDANT'S NOTICE OF FILING UPON BEHALF OF THE PARTIES

Pursuant to the Court's May 1, 2006 order, defendant respectfully notices upon behalf of the parties the filing the evidence that the United State Marine Corps paid Messrs. Sealey and Barr. The Marine Court to date has located evidence of payments totaling $13,200, which evidence is appended. Plaintiff's counsel has provided additional documentation, which is appended at pages 15-19.

Defendant also respectfully advises the Court of supplemental authority upon which counsel intends to rely in response to questions posed in the Court's May 1st order, as follows: Lee v. Munroe, 11 U.S. (7 Cranch) 366 (1813); Kiszka v. Office of Personnel Mgmt., 372 F.3d 1301 (Fed. Cir. 2004); Burnside-Ott Aviation Training Center, Inc. v. United States, 985 F.2d 1574 (Fed. Cir. 1993).

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

BRYANT G. SNEE
Assistant Director

Jules Rothlein, Esq.
Office of Counsel
United States Marine Corps

/s/ John S. Groat
JOHN S. GROAT
Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 616-8260
Facsimile: (202) 514-7965

May 15, 2006

Attorneys for Defendant