VOUCHER AND SCHEDULE OF WITHDRAWALS AND CREDITS

TRANSACTION DATE: 02/06/14          DOCUMENT NO: 095785

| CUSTOMER AGENCY | | BILLING AGENCY | |
|---|---|---|---|
| AGENCY LOC CODE | CUS AGENCY VOU NO. | AGENCY LOC CODE | BILL AGENCY VOU NO. |
| 6102 | | 6102 | |

DEPT DFAS KC
BUREAU 1500 E 95TH STREET
ADDRESS

KANSAS CITY
MO 641970001

DEPT CMC HEADQUARTERS U S MARINE
BUREAU CORPS (L-3)
ADDRESS 2 NAVY ANNEX ROOM 2303

WASHINGTON
DC 203801775

THIS REQUEST IS BEING FORWARDED AS A RESULT OF A BENEFICIAL SUGGESTION.
PLEASE CREDIT THE ACCOUNT OF DONALD W BARR,540422353,MGYSGT,USMC,RETIRED.
4307 S E PINE PORTLAND OREGON 97215

TOTAL $3300.00          TOTAL $3300.00

DETAIL OF CHARGES OR REFERENCE TO ATTACHED SUPPORTING DOCUMENTS

021641437081683 WCD: FCMS
BILLING AGENCY CONTACT:
PREPARED BY: DJL
APPROVED BY: SHERRI L SMITH
TELEPHONE NO:

CERTIFICATION OF CUSTOMER OFFICE

I CERTIFY THAT THE ITEMS LISTED HEREIN ARE CORRECT AND PROPER FOR PAYMENT FROM AND TO THE APPROPRIATION(S) DESIGNATED.

CL WILSON

DATE 02/06/14          AUTHORIZED ADMINISTRATIVE OR CERTIFYING OFFICER

TELEPHONE NO

SF 1081

VPS

Thursday, May 04, 2006

VOUCHER INFORMATION

| DOC_ID | DSSN | DOV | PAID_DATE | INDEX_DATE | ATCH_FLAG |
|---|---|---|---|---|---|
| 1042086052 | 6102 | 096785 | 14-JUN-02 | 17-JUN-02 | N |

LINE(S) OF ACCOUNTING

| LINEITEM | APPR | ASTN | AMOUNT |
|---|---|---|---|
| 0001 | 17211052702l2691 | 067443 | $3300.00 |
| 0002 | 172110627T000027 | 067443 | $-3300.00 |

VPS Home | Voucher Search | Logout

Document Automation & Production Service

Document Automation & Production Service, Building 410, Mechanicsburg, PA 17084. Questions? Contact the Vouchers Processing System Help Desk at hq-eda-vps@dlns.mil. For issues with access to the VPS or to open a TT, please use the above email address.

```
 13:59:33                              SABRS                          DFMOR115
 03 May 2006        HIST TRANS FILE INQUIRY (CONT) SCREEN             DFNHT010
------------------------------------------------------------------------------
SDN:  M0008802MDBS001  DIC:            DX0  ORIG DIC:      DX0  ACRN:       AA
RON:                   SABRS RON:           PIIN:
CONT MOD NO:           CMI:                 CLIN:               CSIC:
DRN:                   MAJ RSC:             RBC:                FILE INDIC:  C
DEPT CODE:         17  FY FULL:       2002  BASIC SYM:    1106  SUBHEAD:  2710
BCN:            00027  FUND FUNC:  4A4G     SA:                 AI:     067443
MCC:           M00027  ARI:         M00027  SRI:        M00027  WCI:    M00088
BEA:               70  BESA:            BS  FC:             EQ  OC:        250
SOC:             25B8  CAC:           6E10  JNLU:               SIC:
FAN:                   BAC:             04  CC:                 TTC:        2D
VCHR:      96785       DSSN:     6102       REG NO:         33  REG MO:     06
OVCHR:                 REAL DSSN:           DIST CODE:          RPT MO:     06
CERPS PROC MO:         USER ID:             SYS ID:   E&C       CYCLE:  02175A
621 DATE:              INVOICE:             MIL PAY NO:

                       U/I:                 U/P:        $                 0.00
                       QTY:              0  AMOUNT:     $            -3,300.00

FASTPATH==>
PF1=HELP,PF2=PRINT,PF3=PREV,PF4=MAIN,PF6=EXIT
```

1650
LR
APR 2 5 2002

From: Director, Center for Business Excellence
To: Defense Finance Accounting System, (FCM), Kansas City, MO.

Subj: **PAYMENT REQUEST FOR BENEFICIAL SUGGESTION AWARD**

1. This request is being forwarded as a result of a beneficial suggestion that has been adopted and recommended for a cash award. Please credit the account listed below:

**Name:** Donald W. Barr
**SSN:** 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
**Current Status:** Retired, USMC - MGySgt
**Mailing Address:** 4307 S. E. Pine
Portland, OR 97215

**Award Amount:** $3,300.00

2. The following appropriation data applies:

| ACRN | APPN | S/H | O/C | B/C | SA | AAA | TT | PAA | COST CODE |
|---|---|---|---|---|---|---|---|---|---|
| AA | 1721106 | 27T0 | 000 | 00027 | 0 | 067443 | 2D | 000BEN | 08802MDBS001 |

SDN: M0008802MDBS001

3. Please provide confirmation of payment no later than 5 working days after payment has been made to CMR (LR), Headquarters, U.S. Marine Corps, FOB #2, Room 3303, Washington, DC 20380-1775, FAX 703-693-3508 (DSN FAX 223-3508).

Mr. David R. Clifton
By direction

5/2/02

VOUCHER FOR DISBURSEMENT AND/OR COLLECTION - NAVCOMPT FORM 2277 (8PT) (REV. 8-80) Page 1 of Pages

| 1. Purpose | 2. Date | 3. Reference Document No. | 4. Bill Number | 5. Voucher No. |
|---|---|---|---|---|
| DISB. ☑ COLLECT ☐ | 02 MAY | M0008802MDBS001 | | |

6. FROM:
HEADQUARTERS U.S. MARINE CORPS (L-3)
Y ANNEX ROOM 2303
INGTON, DC 20380-1775

7. PAID BY:
CHECK NO:

8. TO:
COMMANDING OFFICER
DEFENSE FINANCE KANSAS CITY
1500 BANISTER ROAD
KANSAS CITY, MO 64131

9. ARTICLES, SERVICES OR ITEMS

| A. INVOICE OR ORDER NO. | B. DATE OF DELIVERY/SERVICES | C. DESCRIPTION (REMITTER EXPLANATION, DETAILS, ETC.) | D. QUANTITY | E. UNIT PRICE COST | PER | F. AMOUNT |
|---|---|---|---|---|---|---|
| | 02 MAY 2002 | THIS REQUEST IS BEING FORWARDED AS A RESULT OF A BENEFICIAL SUGGESTION. PLEASE CREDIT THE ACCOUNT OF DONALD W. BARR, 540422353, MGYSGT, USMC RETIRED, 4307 S. E. PINE, PORTLAND, OREGON 97215 | 1 | 3,300.00 | | $3,300.00 |

G. DISCOUNT TERMS H. TOTAL $3,300.00

PAYMENT OR BILL: COMPLETE ☐ PARTIAL ☐ FINAL ☑ PROGRESS ☐ ADVANCE ☐

ACCOUNTING CLASSIFICATION TO BE CREDITED (COLLECTION)

| A. ACRN | B. APPROPRIATION | C. SUB-HEAD | D. OBJ. CLASS | E. BUREAU CONTROL | F. SA | G. AAA | H. TT | I. PAA | J. COST CODE | K. AMOUNT (U.S. CURRENCY ONLY) |
|---|---|---|---|---|---|---|---|---|---|---|
| AA | 1721106 | 27T0 | 000 | 00027 | 0 | 067443 | 2D | 000000 | 08802MDBS001 | $3,300.00 |

12. DEDUCTIONS

| A. ACRN | B. TRANSPORTATION | C. DISCOUNT | D. TAX | E. RESERVE | F. MISCELLANEOUS | G. TOTAL FOR ACRN (U.S. CURRENCY ONLY) |
|---|---|---|---|---|---|---|
| | | | | | | |

H. CURRENCY: EXCHANGE RATE = $1.00 I. TOTAL DEDUCTIONS

13. ACCOUNTING CLASSIFICATION TO BE CHARGED (DISBURSEMENT)

| A. ACRN | B. APPROPRIATION | C. SUB-HEAD | D. OBJ. CLASS | E. BUREAU CONTROL | F. SA | G. AAA | H. TT | I. PAA | J. COST CODE | K. AMOUNT (U.S. CURRENCY ONLY) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

L. TOTAL NET AMOUNT TO BE PAID (BLOCK 9-H MINUS BLOCK 12-I) $3,300.00

14. INSPECTION REPORT NOS. 15. GOV'T B/L NOS.

16. APPROVED BY [signature]
20020502 TITLE JILL NOFZIGER, DEP DIR, RMO
DATE

17. CERTIFIED BY
TITLE
(DATE)

PAYMENT RECEIVED:
PAYEE
PER
TITLE

Designed using FormFlow 2.15, HQMC/ARAE, Feb 93

VOUCHER AND SCHEDULE OF WITHDRAWALS AND CREDITS

TRANSACTION DATE: 02/06/14 DOCUMENT NO. 096786

| CUSTOMER AGENCY | | BILLING AGENCY | |
|---|---|---|---|
| AGENCY LOC CODE | CUS AGENCY VOU NO. | AGENCY LOC CODE | BILL AGENCY VOU NO. |
| 6102 | | 6102 | |

DEPT DFAS KC
BUREAU 1500 E 95TH STREET
ADDRESS
KANSAS CITY
MO 641970001

DEPT CMC HEADQUARTERS U S MARINE
BUREAU CORPS(L-3)
ADDRESS 2 NAVY ANNEX ROOM 2303
WASHINGTON
DC 203801775

THIS REQUEST IS BEING FORWARDED AS A RESULT OF A BENEFICIAL SUGGESTION.
PLEASE CREDIT THE ACCOUNT OF CARL L SEALEY 543429975 CWO5 USMC RETIRED
19140 S W ELLERSON STREET ALOHA OREGON 97007

TOTAL $9900.00 TOTAL $9900.00

DETAIL OF CHARGES OR REFERENCE TO ATTACHED SUPPORTING DOCUMENTS

021641510091683 WCD: FCMS
BILLING AGENCY CONTACT:
PREPARED BY: DJL
APPROVED BY: SHERRI L SMITH
TELEPHONE NO:

CERTIFICATION OF CUSTOMER OFFICE

I CERTIFY THAT THE ITEMS LISTED HEREIN ARE CORRECT AND PROPER FOR PAYMENT FROM AND TO THE APPROPRIATION(S) DESIGNATED

CL WILSON

DATE 02/06/14 AUTHORIZED ADMINISTRATIVE OR CERTIFYING OFFICER

TELEPHONE NO.

SF 1081

Thursday, May 04, 2006

VOUCHER INFORMATION

| DOC ID | DSSN | DOV | PAID DATE | INDEX DATE | ATCH FLAG |
|---|---|---|---|---|---|
| 1042086056 | 6102 | 096786 | 14-JUN-02 | 17-JUN-02 | N |

LINE(S) OF ACCOUNTING

| LINEITEM | APPR | ASTN | AMOUNT |
|---|---|---|---|
| 0001 | 1721105270111691 | 067443 | $9900.00 |
| 0002 | 172110627T000027 | 067443 | $-9900.00 |

VPS Home | Voucher Search | Logout

Document Automation & Production Service

Document Automation & Production Service, Building 410, Mechanicsburg, PA 17084. Questions? Contact the Vouchers Processing System Help Desk at hq-eda-vps@dfas.mil. For issues with access to the VPS or to open a TT, please use the above email address

```
 13:57:49                              SABRS                                     DFMOR115
 03 May 2006            HIST TRANS FILE INQUIRY (CONT) SCREEN                    DFNHT010
 ------------------------------------------------------------------------------------------
 SDN:   M0008802MDBS001  DIC:                DX0  ORIG DIC:          DX0  ACRN:          AA
 RON:                    SABRS RON:               PIIN:
 CONT MOD NO:            CMI:                     CLIN:                   CSIC:
 DRN:                    MAJ RSC:                 RBC:                    FILE INDIC:     C
 DEPT CODE:          17  FY FULL:           2002  BASIC SYM:        1106  SUBHEAD:     27T0
 BCN:             00027  FUND FUNC:  4A4G         SA:                     AI:        067443
 MCC:            M00027  ARI:             M00027  SRI:            M00027  WCI:     M00088
 BEA:                70  BESA:                BS  FC:                 EO  OC:           250
 SOC:              25B8  CAC:               6E10  JNLU:                   SIC:
 FAN:                    BAC:                 04  CC:                     TTC:           2D
 VCHR:        96786      DSSN:       6102         REG NO:             33  REG MO:        06
 OVCHR:                  REAL DSSN:               DIST CODE:              RPT MO:        06
 CERPS PROC MO:          USER ID:                 SYS ID:    E&C          CYCLE:     02175A
 621 DATE:               INVOICE:                 MIL PAY NO:

                         U/I:                     U/P:         $                       0.00
                         QTY:                  0  AMOUNT:      $                  -9,900.00

 FASTPATH==>
 PF1=HELP,PF2=PRINT,PF3=PREV,PF4=MAIN,PF6=EXIT
```

1650
LR
APR 2 5 2002

From: Director, Center for Business Excellence
To: Defense Finance Accounting System (FCM), Kansas City, MO.

Subj: PAYMENT REQUEST FOR BENEFICIAL SUGGESTION AWARD

1. This request is being forwarded as a result of a beneficial suggestion that has been adopted and recommended for a cash award. Please credit the account listed below.

Name: Carl L. Sealey
SSN: 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
Current Status: Retired, USMC - CWO 5
Mailing Address: 19140 S.W. Ellerson St.
Aloha, OR 97007

Award Amount: $9,900.00

2. The following appropriation data applies:

| ACRN | APPN | S/H | O/C | B/C | SA | AAA | TT | PAA | COST CODE |
|---|---|---|---|---|---|---|---|---|---|
| AA | 1721106 | 27T0 | 000 | 00027 | 0 | 067443 | 2D | 000BEN | 08802MDBS001 |

SDN: M0008802MDBS001

3. Please provide confirmation of payment no later than 5 working days after payment has been made to CMR (LR), Headquarters, U.S. Marine Corps, FOB #2, Room 3303, Washington, DC 20380-1775, FAX 703-693-3508 (DSN FAX 223-3508).

DR Clifton
Mr. David R. Clifton
By direction

JW
5/2/02

VOUCHER FOR DISBURSEMENT AND/OR COLLECTION - NAVCOMPT FORM 2277 (8PT) (REV. 8-80)

Page 1 of Pages

| 1. Purpose | 2. Date | 3. Reference Document No. | 4. Bill Number | 5. Voucher No. |
|---|---|---|---|---|
| DISB. ☑ COLLECT ☐ | 02 MAY | M0008802M DBS001 | | |

6. FROM
HEADQUARTERS U.S. MARINE CORPS (L-3)
Y ANNEX ROOM 2303
INGTON, DC 20380-1775

7. PAID BY:
CHECK NO.

8. TO:
COMMANDING OFFICER
DEFENSE FINANCE KANSAS CITY
1500 BANISTER ROAD
KANSAS CITY, MO 64131

9. ARTICLES, SERVICES OR ITEMS

| A. INVOICE OR ORDER NO. | B. DATE OF DELIVERY/SERVICES | C. DESCRIPTION (REMITTER, EXPLANATION, DETAILS, ETC.) | D. QUANTITY | E. UNIT PRICE COST | PER | F. AMOUNT |
|---|---|---|---|---|---|---|
| | 02 MAY 2002 | THIS REQUEST IS BEING FORWARDED AS A RESULT OF A BENEFICIAL SUGGESTION. PLEASE CREDIT THE ACCOUNT OF CARL L. SEALEY, 543429975, CWO5, USMC RETIRED, 19140 S. W. ELLERSON STREET, ALOHA, OREGON 97007 | 1 | 9,900.00 | | $9,900.00 |

G. DISCOUNT TERMS | H. TOTAL $9,900.00

10. PAYMENT OR BILL: COMPLETE ☐ PARTIAL ☐ FINAL ☑ PROGRESS ☐ ADVANCE ☐

11. ACCOUNTING CLASSIFICATION TO BE CREDITED (COLLECTION)

| A. ACRN | B. APPROPRIATION | C. SUBHEAD | D. OBJ. CLASS | E. BUREAU CONTROL | F. SA | G. AAA | H. TT | I. PAA | J. COST CODE | K. AMOUNT (U.S. CURRENCY ONLY) |
|---|---|---|---|---|---|---|---|---|---|---|
| AA | 1721106 | 27T0 | 000 | 00027 | 0 | 067443 | 2D | 000000 | 08802MDBS001 | $9,900.00 |

12. DEDUCTIONS

| A. ACRN | B. TRANSPORTATION | C. DISCOUNT | D. TAX | E. RESERVE | F. MISCELLANEOUS | G. TOTAL FOR ACRN (U.S. CURRENCY ONLY) |
|---|---|---|---|---|---|---|
| | | | | | | |

H. CURRENCY: EXCHANGE RATE = $1.00 | I. TOTAL DEDUCTIONS

13. ACCOUNTING CLASSIFICATION TO BE CHARGED (DISBURSEMENT)

| A. ACRN | B. APPROPRIATION | C. SUBHEAD | D. OBJ. CLASS | E. BUREAU CONTROL | F. SA | G. AAA | H. TT | I. PAA | J. COST CODE | K. AMOUNT (U.S. CURRENCY ONLY) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

L. TOTAL NET AMOUNT TO BE PAID (BLOCK 9-H MINUS BLOCK 12-I) $9,900.00

14. INSPECTION REPORT NOS: | 15. GOV'T B/L NOS:

16. APPROVED
20020502 BY [signature]
(DATE) TITLE JILL NOFZIGER, DEP DIR, RMO

17. CERTIFIED
BY
(DATE) TITLE

PAYMENT RECEIVED:
PAYEE
PER
TITLE

Designed using FormFlow 2.15, HQMC/RSE, Feb 98

DEPARTMENT OF THE NAVY
HEADQUARTERS UNITED STATES MARINE CORPS
2 NAVY ANNEX
WASHINGTON, DC 20380-1775

IN REPLY REFER TO
12452
TQL-25
30 SEP 1996

From: Commandant of the Marine Corps (TQL)
To: Commanding Officer, Headquarters and Service Battalion, FMFPac, Box 64129, Camp H. M. Smith, HI 96861-4129

Subj: SUGGESTION NO. HQ-045, "REEVALUATION OF LOGISTICS VEHICLE SYSTEM (LVS) CRANE LIFTING SYSTEM (CLS)," SUBMITTED BY CHIEF WARRANT OFFICER-4 CARL L. SEALEY AND MASTER GUNNERY SERGEANT DONALD W. BARR

Ref: (a) CPI 451

Encl: (1) Suggestion Case File
(2) Beneficial Suggestion Certificate

1. CWO4 Sealey, of your command, submitted a beneficial suggestion while assigned at Marine Corps Air Ground Combat Center, Twentynine Palms, CA. The suggestion was evaluated by personnel at this Headquarters, Marine Corps Systems Command, Quantico, and Marine Corps Combat Development Command, Quantico, VA. Based on the evaluators' comments, the suggestion was recommended for adoption. An award of $10,000 was recommended based on intangible benefits of exceptional value and general application. Enclosure (1) provides specific comments on the evaluation.

2. Please present an award of $7,500 to CWO4 Sealey under the provisions of the reference. The following appropriation data apply: 1761106.27T0 000 00027 0 000027 2D 000028 08096MDCT028. The Standard Document Number is: M0008096MDCT028. Please provide (or fax to DSN: 223-3508 or (703) 693-3508) a copy of liquidated documents (NAVCOMPT FORM 2277) to Headquarters, U.S. Marine Corps, FOB#2 Navy Annex, Washington, DC 20380-1775, Attn: Belen G. Arquines. The suggestion has been forwarded to the Department of Defense for consideration and will be returned to you when action is completed.

3. Enclosure (2) is forwarded to accompany the award presentation. We commend CWO4 Sealey for his interest and participation in the Marine Corps Beneficial Suggestion Program.

R. A. COTE, JR.
By direction

Copy to:
MARFORPAC
CWO4 Sealey

**Dobson GS12 Johnny G**

**From:** Dobson GS12 Johnny G
**Sent:** Thursday, May 04, 2006 3:38 PM
**To:** 'jackie.miller@dfas.mil'
**Cc:** Harrell GS13 Michelle C; Rotchford GS11 Edward P
**Subject:** BACK PAYMENT REQUEST FOR BENEFICIAL SUGGESTION AWARD

**Attachments:** Ronald W. Barr.pdf

Mr. Miller,

I appreciate any assistance you can provide in determining if Donald W. Barr received payment of $2,500 from DFAS Denver. If you need additional information I can be reached at (703) 695-7541, DSN: 225. My e-mail address is **johnny.dobson@usmc.mil.** Please see attached.

Ronald W. Barr.pdf
(543 KB)

VR
Johnny Dobson

1

1650
TQL-24
1 Dec 99

From: Director, Total Quality Leadership Office, Headquarters, U.S. Marine Corps
To: Defense Finance Accounting Services, (Code FMC)

Subj: BACK PAYMENT REQUEST FOR BENEFICIAL SUGGESTION AWARD

1. This request is a result of a Beneficial Suggestion that was never paid. In September 1996, a payment request from Headquarters, U.S. Marine Corps was forwarded to DFAS, Kansas City to pay Master Gunnery Sergeant Donald W. Barr, a cash award of $2,500.00. During that same timeframe, Mr. Barr retired from active duty services. His request for payment was then forwarded to DFAS, Denver.

2. Mr. Barr was a Retired Reservist, who had not reached the proper age to receive retired pay therefore, his personal information was not available in the finance paying system, causing him not to ever receive his cash award from his Beneficial Suggestion.

3. After extensive research and verification of nonpayment from DFAS, Kansas City and DFAS, Denver, this request is being resubmitted for payment. Please use the below information to credit Mr. Barr's account.

**Name:** **Donald W. Barr**
**SSN:** **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**
**Current Status:** **Retired Reserve**
**Mailing Address:** **4307 S. E. Pine Street, Portland, OR 97215**
**Amount:** **$2,500.00**

The following appropriation data applies:

AA1791106.27T0 000 00027 0 067443 2D 000006 08099MDCT006
SDN: M0008099MDCT006

4. The point of contact for this matter is Mrs. Tia Bowman who may be reached at (703) 614-0852 ext.3044 or DSN 224-0852.

R. A. COTE, JR
Colonel USMC
By direction

```
MATCH NOT FOUND FOR KEYED CRITERIA
 14:06:34                          SABRS                                DFMOR108
 03 May 2006              ACTIVE / HISTORY FILE INQUIRY                 DFPRO041
--------------------------------------------------------------------------------
  SELECT AN OPTION: 1                                   REQUIRED FIELDS

           1.  INQUIRE BY SDN                           A, G
           2.  INQUIRE BY SDN / ACRN                    A, B
           3.  INQUIRE BY SDN / ACRN / PIIN             A, B, C
           4.  INQUIRE BY PIIN                          C
           5.  INQUIRE BY PIIN / ACRN                   B, C
           6.  INQUIRE BY RON                           D, G
           7.  INQUIRE BY SSN                           E

  CRITERIA:
        (A) SDN   : M0008099MDCT006                     (B) ACRN: __
        (C) PIIN  : ______________                      (D) RON : ______
        (E) SSN   : _________                           (F) FILE INDIC: _
        (G) RA/PE:  PE

FASTPATH==> 
PF1=HELP,PF3=PREV,PF4=MAIN,PF6=EXIT
```

**DEFENSE FINANCE AND ACCOUNTING SERVICE**
KANSAS CITY CENTER
KANSAS CITY, MISSOURI 64197-0001

PMCCB — jss
In reply to: 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
PG: 013

Donald W. Barr
4307 SE Pine
Portland OR 97215

U.S. Treasury check for $2112.00 enclosed, representing payment due as explained below. Acknowledgment of receipt is not necessary. Please cash this check promptly to ensure that it reaches the Treasury Department without delay.

THE ENCLOSED CHECK REPRESENTS PAYMENT FOR: Beneficial Suggestion in the amount of $3300.00 less federal and state taxes.



From : THOMAS J. FLAHERTY, ATTORNEY PHONE No. : 503 648 6695 May. 13 2006 9:22AM P02

**United States Treasury** 15-51/000 DFAS KANSAS CITY, MO

6102-71759547
Check No.

FCMS
094914
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

9547
06/14/02

Pay to the order of ****************************TWO---ONE---ONE---TWO DOLLARS 00 CENTS

DONALD W BARR ****** $2,112.00
4307 S E PINE
PORTLAND OR 97215

VOID AFTER ONE YEAR

⑈6 10 28⑈ ⑆000000518⑆ 7⑈7595472⑈

11

PUBLIC VOUCHER FOR REFUNDS VOUCHER NO. 094914

(VOUCHER PREPARED CENTRALIZED DISBURSING .1500 E BANNISTER ROAD
02/06/14)

U.S. DFAS-KC MARINE CORPS

DETAIL OF CHARGES OR REFERENCE TO ATTACHED SUPPORTING DOCUMENTS

THE UNITED STATES, DR.,

TO DONALD W BARR
ADDRESS 4307 S E PINE
PORTLAND OR 97215

PAID BY
CL WILSON
DFAS-KC
02/06/14
6102

CONTRACT NUMBER: CONTRACT DATE: 00/00/00

DATE OF DEPOSIT: / / RECEIPT NO.:

ARTICLES OR SERVICES

BENEFICIAL SUGGESTION FOR MGYSGT DONALD W BARR,540422353,
USMC,RETIRED.

021640941541682 WCD: FCMS

| | AMOUNT DEPOSITED | APPLIED CHARGES | BALANCE DUE DEPOSITO |
|---|---|---|---|
| | $ 3300.00 | $ -1188.00 | $ 2112.00 |
| TOTAL | $ 3300.00 | $ -1188.00 | $ 2112.00 |

I CERTIFY THAT THE ABOVE STATEMENT OF DEPOSIT(S) OF THE PAYEE OR DEPOSITOR NAMED IS CORRECT AND THAT THE SUM OF $2112.00 IS DUE SAID DEPOSITOR

APPROVED AND REFUND AUTHORIZED FOR $2112.00
CURTIS WILSON
TITLE: DISBURSING OFFICER

PREPARED BY: DJL
APPROVED BY: SHERRI L SMITH

REFUND BY: CHECK NO(S). 71759547

SF 1049

17

# In the United States Court of Federal Claims

No. 05-909C
(Filed: May 1, 2006)

* * * * * * * * * * * * * * * * * * * * *

**CARL L. SEALEY, and**
**RONALD W. BARR,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * *

## ORDER

In preparation for the Oral Argument to be held on **May 22, 2006,** the parties shall be prepared to address the following:

(1) Evidence of actual payments that have been made to Mr. Sealey and Mr. Barr for their suggestion under the Marine Corps Incentive Awards Program. The parties shall submit evidence of these payments to the court by **May 15, 2006.**

(2) Whether Griffin v. United States, 215 Ct. Cl. 710, 715-715 (1978) (holding that 10 U.S.C. § 1124 and implementing Air Force regulations created an implied in fact contract for compensation for a meritorious suggestion), is still viable precedent. Specifically, are plaintiffs entitled to seek up to the statutory limit of $25,000?

(3) Whether the government can be estopped from limiting compensation to the statutory limit of $25,000, or whether estoppel is precluded under Office of Personnel Management v. Richmond, 496 U.S. 414 (1990) (holding that the estoppel doctrine could not be used to provide a money remedy that Congress had not authorized).

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge