IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CARL L. SEALEY and | ) | |
| RONALD W. BARR, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 05-909C |
| | ) | (Judge Firestone) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S NOTICE OF FILING

Pursuant to the Court's direction at oral argument on May 22, 2006, defendant respectfully files the appended copy of Defendant's Motion for Summary Judgment (June 23, 1977) in Griffin v. United States, No. 178-77 (Ct. Cl.).

Defendant also respectfully advises the Court of supplemental authority addressing the question of the distinction between lack of jurisdiction and failure to state a claim upon which relief can be granted. Fisher v. United States, 402 F.3d 1167 (Fed. Cir. 2005) (en banc).

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

BRYANT G. SNEE
Assistant Director

Jules Rothlein, Esq.
Office of Counsel
United States Marine Corps

/s/ John S. Groat

JOHN S. GROAT
Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 616-8260
Facsimile: (202) 514-7965

May 22, 2006

Attorneys for Defendant