# Chapter 5

## BASIS, DETERMINATION AND COMPUTATION OF AWARDS

**5–1. Basis for Cash Awards.** This paragraph applies to all cash awards for implemented suggestions, inventions, and scientific achievements, including those applied in other military departments and agencies outside DOD. All suggestions, inventions, and recommendations for cash awards for scientific achievements must be submitted in writing.

*NOTE:* Members of the Armed Forces are authorized cash awards *only* for contributions adopted on or after 22 September 1965.)

a. A cash award may be granted to an individual, a group, or the estate of a deceased person for a contribution made while the contributor was employed by the Federal Government or in an active duty status with the armed services, if the contribution was:

(1) Outside normal duty responsibilities, or

(2) Within normal duty responsibilities but so superior it warrants special recognition. A job related suggestion must be particularly outstanding or meritorious to form the basis for an award.

(3) If the benefits from a contribution are considered partially within normal duty expectancy, an award may be based on that portion of the benefits that are beyond those that were expected to accrue.

b. Granting a cash award is subject to the following conditions:

(1) Unless it makes a separate contribution, a suggestion that substantially duplicates one currently under consideration or one previously considered and not adopted is not eligible for consideration until 2 years after the date the earlier suggestion was received (paragraph 1–6d).

(2) Unless the base commander or his designee approves a request for an exception:

(a) A suggestion that is adopted before it is referred to the awards committee must be submitted to the committee for initial consideration within 3 months from its adoption date. A firm correlation must be established between the suggestion and the adoption action.

(b) A suggestion that is not adopted before it is submitted to an awards committee must be adopted within 2 years from the date the committee receives it in order to be eligible for a cash award, unless delay is required to complete evaluation and an exception is granted by the local commander.

(3) Cash awards are based only on benefits to operations supported by appropriated funds and attributable to the contributor's efforts. If a suggestion concerns the improvement of materials or services being purchased by the Air Force under contract and the change has been authorized and referred to the contractor by the appropriate Air Force official, the suggester may be considered for a cash award based on the net tangible or intangible benefits realized by the Air Force. Awards are not payable to Air Force personnel based on benefits to a contractor.

(4) Suggestions adopted as submitted, or adopted in part, are eligible for award consideration. The idea presented need not be new or original, if the suggestion itself leads to the action, but correlation between the change made and the suggestion must be established.

(5) A cash award is not granted for a contribution that has already been appropriately recognized by another type of cash award, except as provided in paragraph 6–2b. For example, a cash award is not granted for a scientific achievement that has already been the basis for a suggestion

award or (for civilian employees) a cash award under AFR 40–470.

c. A suggester may request reconsideration of the action taken on his suggestion at any time before his suggestion file is destroyed, *if* he can present new facts or additional justification that could change the previous action. After the original file has been destroyed, he must submit a new suggestion to present the additional information. The suggester is responsible for bringing such information to the attention of the local incentive awards committee.

d. The person who recommends a cash award for a scientific achievement may request reconsideration of a decision made on his recommendation. His request should indicate the reasons for reconsideration and must be submitted in writing within 30 days after he receives the decision. However, requests for personal oral presentations are also honored and the data presented fully considered and documented in the files.

**5–2. Determining Eligibility for Cash Awards:**

a. When the local awards committee must determine whether a contribution is within normal duty responsibilities, it bases its decision on the following:

(1) *For Civilian Personnel*, the official position description of the position the employee occupied at the time of the contribution, the comments of the position classifier and supervisor on the statement of duties, and the supervisor's opinion of normal job requirements.

(2) *For Military Personnel*, the official duties at the time of the contribution, as set forth in the individual's specific AFSC described in AFMs 36–1 and 39–1; the supervisor's opinion, and the comments of the senior military personnel officer on normal duty requirements. When applicable, AFR 39–6, which outlines additional responsibilities of noncommissioned officers, is also considered.

*NOTE:* Other responsible persons who are familiar with the work operation may furnish opinions on position content and requirements, as necessary.

b. The committee considers each case on its own merits, taking into consideration all available evidence and opinions. If a contribution is determined to be within normal position responsibility, the committee applies the following standards to decide whether it is sufficiently outstanding or meritorious to warrant a cash award:

(1) *Position Requirements.* The committee reviews the data cited in a *above* to determine the degree to which the individual's contribution exceeds the normal requirements of the duty assignment. The following diagnostic questions are helpful in making this determination. Is the achievement unusual for the grade level of the individual? Did the individual have the responsibility and authority to cause adoption of the suggestion? Although duty-related, does the achievement have scope or significance beyond the individual's responsibility? Does it represent an innovation? Does it revolutionize current practice? Is it a "breakthrough" to a new concept? Is the scientific or technical achievement representative of exceptional quality in the eyes of scientific or engineering peers? Does it represent a pioneering contribution, set a new precedent or pattern? Does it yield benefits substantially beyond the results that were expected or planned? If clearly related to assigned duty, is it sufficiently superior or meritorious to deserve this special recognition? Is the invention or patent worthwhile to the Air Force?

(2) *Special Assignments.* Suggestions made while attending official meetings or conferences, made in connection with TDY duties, or resulting from assignments of special studies, projects, or details are generally not eligible for cash awards except when the results are significantly beyond those normally expected when the assignments were made.

(3) *Tangible Benefits.* The committee reviews the benefits resulting from the individual's contribution, considering them in relation to his duty responsibility. The amount of benefits alone does not determine eligibility

for an award; since in many positions large benefits often result from normal performance of duties. Higher level personnel are expected to effect more significant improvements or larger benefits than those in lower grades.

(4) *Adoption at Other Installations.* The extent to which an individual's contribution is used outside his immediate installation is not, in itself, a qualifying factor, but is considered with the degree to which the contribution exceeded the normal position requirements.

c. If the local committee has done its job carefully, an independent determination of eligibility by the MAJCOM incentive awards committee or the Air Force Incentive Awards Board is not necessary. Higher echelons normally accept the local committee's decision on eligibility, except in unusual circumstances when they have information that indicates local judgment was based on incomplete or erroneous information. Such an instance might occur when one activity or command has command-wide or Air Force-wide responsibility for an operation. Higher echelons usually limit their consideration to assuring that overall program requirements are being met.

**5-3. Computing Awards:**

**a. How Awards are Computed.** The awards scales shown in tables 5-1 and 5-2 are used to determine the amount of an award (including all additional awards).

(1) The total amount of a cash award depends on *cumulative tangible and intangible benefits.* A contribution that results in measurable tangible benefits may receive an award greater than that indicated in table 5-1, if it has safety, morale, or other intangible implications that make possible an independent grading under table 5-2. A complete documentation of benefits computation and the basis for the award is included in each award file.

(2) The total of a cash award to a group may not exceed the amount authorized for payment to one person, unless specifically authorized by HQ USAF (AFPCP). Requests for exceptions are fully documented and become a part of the award record. If individuals in the group made substantially equal contributions, each receives an equal share of the group award. If their contributions differed materially, each receives a share proportionate to his contribution.

(3) If delays are necessary in order to determine the value of an adopted contribution, an initial cash award, not to exceed $50, may be paid when it is reasonably certain that the value of the contribution will be over $500. The initial award is part of the total award (no adjustment downward is authorized when final determination is made).

**b. Tangible Benefits:**

(1) A monetary award may be approved for a contribution that results in tangible benefits valued at $250 or more. No award for a contribution will be less than $25.

(a) Benefits are calculated on the basis of the estimated net benefits for the first full year of operation. The first full year is not necessarily the first 12 months after the date the contribution is adopted or authorized to be placed in use. Trial periods, deferred implementation, a wider scope of application, and intermittent periods of use must also be considered in determining the total value of the improvement.

(b) When an improvement with a high installation cost will yield measurable benefits for more than one year, the award may be based on the net average annual benefits over a period of years, but the period used may not exceed the reasonable life of the initial installation, or the clearly predictable period of use, whichever is shorter.

(2) Benefits must be demonstrable, *for example:*

(a) Lowering the unit cost of a work product or the overall cost of a work process (without changing the character of the end results) by improving methods, increasing one's own or others' output, or reducing the cost of items such as man-hours, materials,

and services. If the result of the process is an identifiable work product, evidence must indicate maintenance of the volume and quality of results as well as lowering of costs.

(b) Improving a work product or the end-result of a process. In these cases, the unit cost of an identifiable work product or the overall cost of a process may increase, if the increase is more than offset by measurable benefits directly resulting from an improvement.

(c) Eliminating all or part of a process; eliminating a work product or changing it so that it is cheaper to produce. In these cases, operating benefits must exceed any costs which arise elsewhere in the organization because of elimination of or change in the product or process.

(d) Avoiding waste and more effectively using resources, such as materials, man-hours, space, heat, and light, in connection with a work process. Values realized must exceed any conversion costs. Predetermined or prorated overhead or burden costs are not included in the savings computation.

(e) Returning to stock items that had been scheduled for disposal, thereby cancelling purchase requests.

*NOTE:* In computing tangible benefits involving man-hours or manpower spaces, use the annual pay factors established by the Cost Reduction Program (AFM 400-12). For hourly rate, use the 40-hour week or 2080 hours annually.

c. Intangible Benefits:

(1) When an award to an individual or group of individuals is based on intangible benefits, the amount of the award depends on the extent of application and significance of the contribution and the importance of the program affected. Table 5-2 is a guide for determining the amount of the award. To be awarded the minimum cash award of $25, a contribution with intangible benefits, or combined tangible and intangible benefits, must be comparable to contributions that receive the minimum award for tangible benefits.

(2) A suggestion considered favorably by the OPR, but not sufficiently general in its application to warrant inclusion in regulations for mandatory use, may be disseminated in command or Air Force administrative publications such as *TIG Brief*, *AF Civilian Personnel Letter*, etc. In such instances, a $25 cash award is permitted for command-wide publication and a $50 one for Air Force-wide publication, but the award for a suggestion disseminated in both command and Air Force publications may not exceed $50.

5-4. Contributions and Awards by Other DOD Components or Federal Agencies:

a. Other DOD components and Government agencies may give cash awards to Air Force personnel who contribute to improvement or economy in their operations. These organizations evaluate Air Force contributions on the same basis and by the same standards they use for contributions from their own personnel. Awards they give are in addition to or separate from awards made by the Air Force, and are paid as follows:

(1) When a DOD component adopts an idea from an Air Force contributor, it pays the award.

(2) When another Federal agency adopts an idea from an Air Force contributor, it pays the award.

b. The Air Force may also pay personnel of other DOD components and Federal agencies for contributions that benefit its operations. If an idea contributed has Air Force-wide application, it is paid from funds available to HQ USAF. If it primarily benefits a particular command, the award is paid from funds available to that command. The Executive Secretary, AF Incentive Awards Board, arranges for payment of these awards.

5-5. Awards in Addition to Local Awards. If an additional cash award beyond the jurisdiction of the local commander is recommended, the local program manager initiates action to pay the local award, then forwards the following information to his MAJCOM, or the parent command of a serviced activity, in du-

plicate (if amount of award does not exceed MAJCOM authority) or in triplicate (if total amount of award is large enough to require action by the AF Incentive Awards Board). The MAJCOM sends to HQ USAF (AFPCPLJ) in duplicate information on any award beyond its jurisdiction, and sends a copy of the forwarding correspondence to the local incentive awards committee.

**a. For Suggestions:**

(1) Name of the suggester(s), copy of the suggestion (including pertinent photographs or drawings), and date of submission.

(2) Copy of AF Form 162, "Suggestion Evaluation," showing date and medium of adoption and complete breakdown of benefits.

(3) If tangible benefits are claimed, a copy of the auditor validation or a statement that the suggestion does not meet Cost Reduction Program criteria.

(4) Data specified in paragraph 5-2a on duty requirements (only one copy to the AF Incentive Awards Board).

(5) Amounts of initial and any additional awards and the dates paid.

**b. For Scientific Achievements:**

(1) Data outlined in paragraph 4-9.

(2) Data specified in paragraph 5-2a on duty requirements (only one copy to the AF Incentive Awards Board).

**5-6. Payment of Awards.** The full amount of each award is financed from the operation and maintenance funds available to the activity to which the individual was assigned *at the time* he made the contribution. If award is to an individual of an industrial fund activity, it is charged as an operating expense of the industrial fund activity to which the awardee was assigned at the time of his contribution.

**a. Military Members.** Upon approval of award, the program manager (executive secretary) prepares and certifies for payment, SF 1034 "Public Voucher for Purchases and Services Other Than Personal," (attachment 1). He attaches one copy of the certified AF Form 1413, "Award Certificate," and forwards the SF 1034 to the accounting and finance officer at the base where the suggestion, invention, or achievement was originally submitted. See AFM 177-102, part Two, chapter 8.

**b. Civilian Personnel.** Follow procedures in AFM 177-104, part Five, chapter 2.

**c. Interdepartmental Awards.** Funds received from other Federal departments for payment to Air Force military or civilian personnel are placed in a deposit fund account (___ x6875). A single award payment is normally made to the person(s) concerned after all such funds are received, unless this would involve an unduly protracted delay.

*NOTE:* **Refer any questions on payment of awards to the Air Force Accounting and Finance Center, 3800 York St, Denver CO 80205, through accounting and finance channels.**

TABLE 5—1

SCALE FOR COMPUTING AWARDS FOR TANGIBLE BENEFITS

| RULE | A<br>If the amount of the benefit is | B<br>then the amount of the award is |
|---|---|---|
| 1 | $250 | $25. |
| 2 | $251—$1,000 | $25 for the first $250 in benefits, plus $5 for each additional $50 or fraction thereof. |
| 3 | $1,001—$10,000 | $100 for the first $1,000 in benefits, plus $5 for each additional $100 or fraction thereof. |
| 4 | $10,001—$20,000 | $550 for the first $10,000 in benefits, plus $5 for each additional $200 or fraction thereof. |
| 5 | $20,001—$100,000 | $800 for the first $20,000 in benefits, plus $5 for each additional $1,000 or fraction thereof. |
| 6 | $100,001 or more | $1,200 for the first $100,000 in benefits, plus $5 for each additional $5,000 or fraction thereof. |

TABLE 5—2

SCALE FOR AWARDS BASED ON INTANGIBLE BENEFITS

| RULE | A<br>If the extent of value is | B<br>and the extent of application is | C<br>then the range of awards is |
|---|---|---|---|
| 1 | moderate | limited | $25—$50. |
| 2 | | extended | $50—$100. |
| 3 | | broad | $100—$200. |
| 4 | | general | $200—$400. |
| 5 | substantial | limited | $50—$100. |
| 6 | | extended | $100—$200. |
| 7 | | broad | $200—$400. |
| 8 | | general | $400—$1000. |
| 9 | high | limited | $100—$200. |
| 10 | | extended | $200—$400. |
| 11 | | broad | $400—$1000. |
| 12 | | general | $1000—$2500. |
| 13 | exceptional | limited | $200—$400. |
| 14 | | extended | $400—$1000. |
| 15 | | broad | $1000—$2500. |
| 16 | | general | $2500—$5000. |

## VALUE OF BENEFIT

MODERATE. Contribution is a better adaptation or more efficient operation, involving a change or modification of an operating principle or procedure that has moderate value sufficient to meet the minimum standards for a cash award. It is an improvement of rather limited value of a product, activity, program, service, or safety (other than routine).

SUBSTANTIAL. Contribution is an appreciably beneficial application involving substantial change or modification of an operating principle or procedure. It is an important improvement to the value of a product, activity, program, or service. Valuable contribution to the area of safety. Scientific or technical findings that have considerable impact on Air Force research and development functions.

HIGH. Contribution is an unusual application with a high degree of usefulness; a complete revision of a basic principle or procedure; a highly significant improvement to the value of a product, major activity, program, or service. Unusually important contribution to increased safety. Significant scientific or technical findings that have great promise for marked impact on the Air Force research and development effort or other Air Force military objectives.

EXCEPTIONAL. Contribution is a new principle, invention, or major procedure; a superior improvement to the quality of a critical product, activity, program, or service. It produces extraordinary safety improvements that eliminate hazards that could result in fatalities or loss of costly equipment. A major breakthrough with revolutionary impact on Air Force research and development and on military capabilities and objectives.

## EXTENT OF APPLICATION

LIMITED. Affects functions, mission, or small numbers of personnel or small area of operation at an installation or organizational element of a headquarters. Applies to a small area of science or technology, to a single system or subsystem, or to a single technical or military objective.

EXTENDED. Affects functions, missions, or substantial numbers of personnel of several offices, facilities, or installations of a major command. Applies to an important area of science or technology; or to more than one system or subsystem, or technical or military objective.

BROAD. Affects functions, missions, or large numbers of personnel or large area of operation within an installation or several installations of a major command; or substantial numbers of personnel or significant area of operations of several commands; or is Air Force-wide in scope. Applies to a broad area of science or technology, to several systems or subsystems, or to many technical or military objectives.

GENERAL. Affects functions, missions, or large numbers of personnel or large area of operation of several major commands, is Air Force-wide in scope, or is in the public interest throughout the Nation or beyond. Is revolutionary application to science or technology, in general; forms the basis for a new branch of science; solves one of the Nation's most urgent military problems; or provides the knowledge for new weapons, systems, or other military capabilities.

*NOTE:* Awards in excess of $5,000 must be certified to OSD in case of military contributions and to USCSC in case of civilian contributions.

Defendant's Exhibit 3

Navy Union of the United States may wear, on public occasions of ceremony, the distinctive badges adopted by that society. (Aug. 10, 1956, ch. 1041, 70A Stat. 88.)

HISTORICAL AND REVISION NOTES

| Revised section | Source (U. S. Code) | Source (Statutes at Large) |
|---|---|---|
| 1123 (a) | 10: 1427 (1st sentence); 34: 371 (1st sentence). | Sept. 25, 1890, J. Res. 50, 26 Stat. 681.<br>May 11, 1891, J. Res. 26, 26 Stat. 583. |
| 1123 (b) | 10: 1427 (less 1st sentence); 34: 371 (less 1st sentence). | Feb. 2, 1901, ch. 192, § 41, 31 Stat. 758.<br>Jan. 12, 1903, J. Res. 2, 32 Stat. 1224.<br>Mar. 2, 1907, J. Res. 18, 34 Stat. 1423. |

In subsection (a), the words "an armed force" are substituted for the words "armies and navies". The words "Revolutionary War", "Civil War", and "Philippine Insurrection" are substituted for the words "War of the Revolution", "War of the Rebellion", and "Incident Insurrection in the Philippines", respectively, to reflect present terminology. The words "originally composed" are substituted for the words "in their own right", to reflect an opinion of the Attorney General (see 23 Op. Atty. Gen. 454).

In subsections (a) and (b), the word "member" is substituted for the words "officers and enlisted men". The words "Navy * * * or Marine Corps" are substituted for the word "Navy", since the word "Navy" in the source statute has, by long-standing administrative interpretation, been constructed to include the Marine Corps.

In subsection (b), the words "in their own right" are omitted as surplusage.

§ 1124. Cash awards for suggestions, inventions, or scientific achievements.

(a) The Secretary of Defense, or the Secretary of Transportation with respect to the Coast Guard when it is not operating as a service in the Navy, may authorize the payment of a cash award to, and incur necessary expense for the honorary recognition of, a member of the armed forces under his jurisdiction who by his suggestion, invention, or scientific achievement contributes to the efficiency, economy, or other improvement of operations or programs relating to the armed forces.

(b) Whenever the President considers it desirable, the Secretary of Defense, and the Secretary of Transportation with respect to the Coast Guard when it is not operating as a service in the Navy, are authorized to pay a cash award to, and incur necessary expense for the honorary recognition of, a member of the armed forces who by his suggestion, invention, or scientific achievement contributes to the efficiency, economy, or other improvement of operations of the Government of the United States. Such award is in addition to any other award made to that member under subsection (a).

(c) An award under this section may be paid notwithstanding the member's death or separation from the armed force concerned, but only if the suggestion, invention, or scientific achievement forming the basis for the award was made while he was on active duty.

(d) A cash award under this section is in addition to the pay and allowances of the recipient. The acceptance of such an award shall constitute—

(1) an agreement by the member that the use by the United States of any idea, method, or device for which the award is made may not be the basis of a claim against the United States by the member, his heirs, or assigns, or by any person whose claim is alleged to be derived through the member; and

(2) a warranty by the member that he has not at the time of acceptance transferred, assigned, or otherwise divested himself of legal or equitable title in any property right residing in the idea, method, or device for which the award is made.



(e) Awards to, and expenses for the honorary recognition of, members of the armed forces under this section may be paid from (1) the funds or appropriations available to the activity primarily benefiting; or (2) the several funds or appropriations of the various activities benefiting, as may be determined by the President for awards under subsection (b), and by the Secretary concerned for awards under subsection (a).

(f) The total amount of the award, or awards, made under this section for a suggestion, invention, or scientific achievement may not exceed $25,000, regardless of the number of persons who may be entitled to share therein.

(g) Awards under this section shall be made under regulations to be prescribed by the Secretary of Defense, or by the Secretary of Transportation with respect to the Coast Guard when it is not operating as a service in the Navy. The Secretary of Defense and the Secretary of Transportation shall send to the President annually for transmittal to Congress a progress report, with appropriate recommendations, on the awards program.

(h) For the purposes of this section, a member of the Commissioned Corps of the Environmental Science Services Administration or of the Public Health Service who is serving with an armed force shall be treated as if he were a member of that armed force. (Added Pub. L. 89–198, § 1(1), Sept. 22, 1965, 79 Stat. 830, and amended Pub. L. 89–718, § 10, Nov. 2, 1966, 80 Stat. 1117; Pub. L. 90–623, § 2(1), Oct. 22, 1968, 82 Stat. 1314.)

AMENDMENTS

1968—Subsecs. (a), (b), (g). Pub. L. 90–623 substituted "Secretary of Transportation" for "Secretary of the Treasury".

1966—Subsec. (g). Pub. L. 89–718 substituted "progress report" for "program report".

EFFECTIVE DATE OF 1968 AMENDMENT

Amendment by Pub. L. 90–623 intended to restate without substantive change the law in effect on Oct. 22, 1968, see section 6 of Pub. L. 90–623, set out as a note under section 5334 of Title 5, Government Organization and Employees.

TRANSFER OF FUNCTIONS

The Environmental Science Services Administration in the Department of Commerce, including the offices of Administrator and Deputy Administrator thereof, were abolished by Reorg. Plan No. 4 of 1970, eff. Oct. 30, 1970, 35 F.R. 15627, 84 Stat. ——, set out in the Appendix to Title 5, Government Organization and Employees, which created the National Oceanic and Atmospheric Administration in the Department of Commerce and transferred the personnel, property, records, and unexpended balances of funds of the Environmental Science Services Administration to such newly created National Oceanic and Atmospheric Administration. The components of the Environmental Science Services Administration thus transferred included the Weather Bureau, the Coast and