# In the United States Court of Federal Claims

**No. 05-909C**
**(Filed: May 26, 2006)**

* * * * * * * * * * * * * * * * * * * *

**CARL L. SEALEY, and**
**RONALD W. BARR,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * *

**O R D E R**

The court is in receipt of the defendant's supplemental filing dated May 23, 2006. The plaintiff shall file its response by **June 2, 2006.**

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge