# In the United States Court of Federal Claims

**No. 05-909 C**

**CARL L. SEALEY AND RONALD W. BARR,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Published Order of Dismissal, filed June 8, 2006, granting the government's motion to dismiss the case for lack of jurisdiction,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed. Each party shall bear its own costs.

Brian Bishop
Clerk of Court

**June 9, 2006** By: s/ Lisa L. DeFade

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.